| Fill in this information to identify your case. | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Chaim          David          Benell<br>First Name    Middle Name    Last Name | Case #: | 25-10799-MER |
| Debtor 2: _____<br>First Name    Middle Name    Last Name | Chapter: | 13 |

## Local Bankruptcy Form 3015-1.2
## Notice of Filing of Chapter 13 Plan, Deadline for Filing Objections Thereto, and Hearing on Confirmation

**Complete applicable sections.**

### Part 1  Objection Deadline

Objection deadline: **June 2, 2025.**

### Part 2  Notice

NOTICE IS HEREBY GIVEN that the debtor filed an Amended Chapter 13 Plan on **May 12, 2025 (at docket number 29)**. A copy of the Amended Chapter 13 Plan is attached. A *telephonic* confirmation hearing on the debtor's Plan has been set for **Monday, June 23, 2025 at 1:30 p.m.**
**Counsel and/or parties SHALL appear by telephone.** Detailed instructions to appear by telephone may be found here.
https://www.cob.uscourts.gov/content/judge-michael-e-romero-mer

All telephonic participants must call the Court at **1-833-435-1820** toll free at least five (5) minutes prior to the time of the scheduled hearing. Enter the Meeting ID: **161 090 8955**, and **press #** when prompted to enter participant I.D. The Court strongly recommends the use of a landline if appearing by phone. Please stay on the line until the Court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in Court, it will be deemed a failure to appear. Failure to connect to the conference call line in a timely manner may preclude your participation in the hearing. In the event you are otherwise unable to connect after following the instructions provided above, please call the team of the Judge at 720-904-7413 and leave a name, case number, and a telephone number where you can be reached, and the Court may return the call.

The last day to file an Objection to the Plan is the objection deadline stated above. Objections to the Chapter 13 Plan must comply with L.B.R. 3015-1(c) and must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court.

Unless a written objection is filed, the Chapter 13 Plan may be confirmed without a hearing upon the debtor's filing of L.B.F. 3015-1.3, Verification of Confirmable Plan pursuant to L.B.R. 3015-1.

///



///

This Noticie pertains only to the Chapter 13 Plan. Creditors should also review the Notice of Chapter 13 Case at docket no. **11**, for additional information and deadlines, including those related to objecting to the dischargeability of certain debts, objecting to exemptions, and filing a proof of claim.

| Part 3 | **Signature of Debtor's Attorney or Debtor (if unrepresented)** |
|---|---|

Date: May 12, 2025    By: /s/ Matthew S. Berkus
Matthew S. Berkus #44965
44 Cook St. Ste 100
Denver CO 80206
Phone: 720-545-0339
ecf@mattberkus.com