| **Fill in this information to identify your case** |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO |
| Debtor 1: **Chaim David Benell**　　　　　　　　　　　Case #: **25-10799-MER** <br>　　　　　First Name　　Middle Name　　Last Name |
| Debtor 2: _____　　Chapter: 13 <br>　　　　　First Name　　Middle Name　　Last Name |

**Local Bankruptcy Form 2016-3.1**
**Chapter 13 Long Form Fee Application**

**Complete applicable sections and check applicable boxes.**

**Part 1**　**Summary**

Pursuant to 11 U.S.C. § 330, Applicant, **Matthew S. Berkus 44965**, attorney for the debtor, requests allowance of the following fees and reimbursement of out-of-pocket expenses incurred for all reasonably necessary and appropriate services rendered up to the date of confirmation as follows:

1. Total fees requested in this application:　　　　　　　　　　　　　$ **11,349.00**
2. Total expenses requested in this application:　　　　　　　　　　+ $ **127.44**

　　(Total fees and expenses requested)　　　　　　　　　　　　　= $ **11,476.44**
3. Amount paid to date (exclusive of the filing fee)　　　　　　　　- $ **3,000.00**
　　Net amount of fees and expenses to be paid through confirmed plan not to
4. exceed amount funded by the plan　　　　　　　　　　　　　　= $ **8,476.44**

**Part 2**　**Fees**

Amount of fee Applicant agreed to with debtor for performing services to represent the debtor in this case:

　　　　　　　　　　　amount disclosed in 2016(b) disclosure　　　$ **9,000.00**
　　　　　　　　　　amount disclosed in *amended* 2016(b) disclosure　$ **12,000.00**

(a) This agreed upon fee represents:
　　☐ a flat fee for all services in the case;
　　☑ hourly charges based upon time spent; and/or
　　☐ other fee arrangement based upon:
　　_____
　　**[specify terms]**.

(b) Applicant's rate for attorney services is $**350.00** /hour; the rate for associate attorney services is $**n/a** /hour; and the rate for paralegal services is $**165.00**/hour.

**Part 3**　**Expenses**

Amount of Expenses Incurred:

|  |  |
|---|---|
| Copies: **540** copies @ **$0.19** /copy | $ **102.60** |
| Postage: | $ **24.84** |
| Legal research: | $ |
| Facsimile: | $ |
| Other (specify) | $ |
| Total: | $ **127.44** |

## Part 4  Applicant's Certifications in Support of Long Form Fee Application

Applicant Certifies/Attests that:

- ☑ I have performed and will continue to perform all reasonably necessary and appropriate services during the pendency of the entire case consistent with L.B.R. 9010-1.

- ☑ I am requesting a fee for services, which exceeds the presumptively reasonable fee amount referenced in L.B.R. 2016-3 and listed in the applicable Chapter 13 General Procedure Order, as amended from time to time. I acknowledge that any payment of fees in excess of the amount herein requires additional application and approval by the Court

## Part 5  Applicant Attachments

Attached to this Application are:

a. A narrative describing the services rendered in the case and the reasons why the Applicant seeks a fee in excess of the presumptively reasonable fee amount, such as results achieved, difficulties encountered or any other unique aspects of the case and discussing the standards of 11 U.S.C. § 330(a);
b. Detailed time records describing all individual services which include:
   i. the time spent for each service rendered, broken out in tenths of an hour;
   ii. the hourly rate for each service rendered by the Applicant (and/or the hourly rate for Applicant's associates or paralegals);
   iii. the charge for each service rendered; and
   iv. such other and further information as the Applicant believes is necessary to support allowance of the fee pursuant to 11 U.S.C. § 330(a).

## Part 6  Signature of Debtor's Attorney

Dated: **July 4, 2025**

By: **/s/ Matthew S. Berkus**
Signature of Attorney

Bar Number: **44965 CO**
Mailing Address: **44 Cook St.**
**Ste. 100**
**Denver, CO 80206**
Telephone number: **720-545-0339**
Facsimile number: **888-318-8868**
E-mail address: **ecf@mattberkus.com**

## Narrative Description of Services Rendered

The undersigned is an experienced practitioner. Counsel for the Debtor (hereinafter "Attorney") certifies that the time entries are accurate, recorded contemporaneously with the activity, and reflect the time investment of the Attorney(s) executing the tasks. The tasks and services were necessary for advising the client on his bankruptcy options, preparation of the petition, schedules, and plan, the continued beneficial administration of the estate, and successful confirmation of the Debtor's chapter 13 plan.

The Debtor presented as a former business owner with significant business and personal debt, facing foreclosure of his primary residence, involved in some lawsuits, and otherwise teetering on financial ruin. The Debtor required two rounds of case preparation to properly evaluate the Debtor's situation and options and to prepare the petition, schedules, and plan. That process had to be done in less than a month to file the case before the scheduled foreclosure auction. The prefiling phase of the Debtor's case took 12.6 hours of billed time to complete.

The Debtor's chapter 13 plan garnered four objections and a particularly vigorous objection from First National Bank of Omaha ("FNBO"). The Attorney for FNBO also appeared at the 341 creditors' meeting and asked questions of the Debtor. The objections led to one amended plan cycle. The Attorney had to spend time communicating with the objecting parties, negotiating a resolution, conducting needed research, keeping the Debtor informed, and moving the case toward confirmation.

The Debtor's amended Chapter 13 plan received two objections, one from the trustee and one from FNBO. However, the groundwork attorney laid in the preparation and during the first round objections allowed for the amended plan objection to be resolved without another amended plan cycle. This court confirmed the amended chapter 13 plan on June 20, 2025.

This fee application covers January 21, 2025, to July 4, 2025. During this time, Attorney and staff invested a total of 34.1 hours of time, or an average of 5.7 hours per month, working on the client's matter. The attached exhibit details the time and expenses billed by Attorney. The work performed was in good faith. The

time billed for a given task may not necessarily reflect the totality of the work performed, and there are unbilled e-mails and routine communications. Attorney respectfully submits that the fees requested are justified.

                                        */s/ Matthew Berkus*
                                        Attorney for the Debtor.