1                                    Bennell, Chaim                                    Case:25-10799
                                 Billable Time Tracking                        Date opened: 1/21/2025

| Date | Description | Time | Rate | Total |
|---|---|---|---|---|
| | | | | |
| 1/21/2025 | Set up client file, process payment, email to client with instructions. | 0.5 | $165.00 | $82.50 |
| 1/27/2025 | Email exchange with client regarding information gathering and progress. | 0.2 | $350.00 | $70.00 |
| 1/27/2025 | Review client's information submission, schedule case preparation appointment. | 0.3 | $350.00 | $105.00 |
| 1/30/2025 | Case Preparation - review and organize client documents, review business financials and personal financials, draft petition and schedules as applicable, research clients business, take notes and prepare for client meeting. | 3.0 | $350.00 | $1,050.00 |
| 1/30/2025 | Phone meeting with client: obtain clarification of clients prior business, current situation, pending lawsuits, review business and personal financials, and outline next steps. | 1.4 | $350.00 | $490.00 |
| 1/30/2025 | Email to client, provide checklist of items to move case forward. | 0.3 | $350.00 | $105.00 |
| 1/30/2025 | Invoice | | | |
| 2/4/2025 | Reply to client email regarding progress on gathering additional information. | 0.2 | $350.00 | $70.00 |
| 2/7/2025 | Review and reply to client email. | 0.2 | $350.00 | $70.00 |
| 2/10/2025 | Review client email, no action required. | 0.1 | $350.00 | $35.00 |
| 2/12/2025 | Phone call from client, schedule appointment with attorney. | 0.3 | $165.00 | $49.50 |
| 2/12/2025 | Work File: review client updates, input additional assets, creditors, review all business information, cross check creditors and bank accounts, contemplate debtors situation. | 2.5 | $350.00 | $875.00 |
| 2/12/2025 | Email to client, advise on outstanding items. | 0.2 | $350.00 | $70.00 |
| 2/17/2025 | Work file: review ahead of client meeting, make changes as needed based on updated information, prepare final drafts for client. | 1.0 | $350.00 | $350.00 |
| 2/17/2025 | Phone meeting with client, review petition and plan, update as needed, outline next steps. | 0.6 | $350.00 | $210.00 |
| 2/17/2025 | Finalize petition and plan. | 0.5 | $350.00 | $175.00 |
| 2/17/2025 | Phone call to client, answer last minute questions. | 0.3 | $350.00 | $105.00 |
| 2/17/2025 | Finalize review and revisions, file case with court. | 0.2 | $350.00 | $70.00 |
| 2/17/2025 | Update Calander and tasks. | 0.2 | $165.00 | $33.00 |
| 2/17/2025 | Prepare Notice of Withdrawal of Document and correct the chapter 13 plan, file with court. | 0.3 | $0.00 | $0.00 |
| 2/17/2025 | Email to client, advise on case filing | 0.2 | $350.00 | $70.00 |
| 2/17/2025 | Email and fax notice of bankruptcy to Boulder County Public trustee. | 0.1 | $165.00 | $16.50 |
| 2/17/2025 | Invoice - Filing Fee | | | |
| 2/17/2025 | Invoice | | | |
| 2/28/2025 | Phone call from an Arthor Jacobs, took message for attorney. | 0.2 | $165.00 | $33.00 |
| 2/28/2025 | Review phone message, email to client requesting clarification. | 0.1 | $350.00 | $35.00 |
| 2/28/2025 | Email exchange with client regarding questions about eviction. | 0.2 | $350.00 | $70.00 |
| 3/3/2025 | Email to client regarding direct communication with bankruptcy trustee. | 0.2 | $350.00 | $70.00 |
| 3/5/2025 | Email exchange with client, explain the status of the players in bankruptcy and advise on situation. | 0.4 | $350.00 | $140.00 |

2

Bennell, Chaim
Billable Time Tracking

Case:25-10799
Date opened: 1/21/2025

| 3/6/2025 | Email exchange with client regarding issues with FNBO and the role of the bankruptcy trustee. | 0.2 | $350.00 | $70.00 |
|---|---|---|---|---|
| 3/12/2025 | Email to client, reply to issues regarding the eviction proceeding he is attempting. | 0.4 | $350.00 | $140.00 |
| 3/12/2025 | Review email from client regarding mail problems, replay to email and also provide checklist for 341 meeting. | 0.4 | $350.00 | $140.00 |
| 3/14/2025 | Email exchange with client regarding information needed for 341 meeting. | 0.2 | $350.00 | $70.00 |
| 3/18/2025 | Review email from client regarding current status and questions, replay as needed. | 0.2 | $350.00 | $70.00 |
| 3/18/2025 | Review objection from Onslow Bay Financial (Mortgage), cross reference to file and note file. | 0.2 | $350.00 | $70.00 |
| 3/18/2025 | Finish upload of documents to trustee FTP site for 341 meeting. | 0.2 | $165.00 | $33.00 |
| 3/24/2025 | Email to client, provide preparation for 341 meeting. | 0.4 | $165.00 | $66.00 |
| 3/25/2025 | Prepare for 341 meeting, review file. | 0.2 | $350.00 | $70.00 |
| 3/25/2025 | 341 Meeting of Creditors, with creditor appearance. | 0.6 | $350.00 | $210.00 |
| 3/25/2025 | Phone call with client, debrief 341 meeting and outline next steps and answer question. | 0.5 | $350.00 | $175.00 |
| 3/31/2025 | Review and process objection to plan filed by HOA. | 0.2 | $350.00 | $70.00 |
| 4/7/2025 | Read and review all filed plan objections and review claims register to prepare confirmation status report. | 0.4 | $350.00 | $140.00 |
| 4/7/2025 | Draft and file Confirmation Status Report. | 1.6 | $350.00 | $560.00 |
| 4/25/2025 | Email to client, reminder to do complete financial course education. | 0.2 | $165.00 | $33.00 |
| 4/25/2025 | Reply to client email regarding employment status. | 0.2 | $350.00 | $70.00 |
| 5/5/2025 | Email to client, outline current issues for client and note deadlines. | 0.4 | $350.00 | $140.00 |
| 5/9/2025 | Email exchange with client to arrange phone call. | 0.2 | $165.00 | $33.00 |
| 5/9/2025 | Work file, review all proofs of claim, update secured creditor claims, amend chapter 13 plan, contemplate debtor situation and options. | 0.9 | $350.00 | $315.00 |
| 5/9/2025 | Phone call with client, discuss chapter 13 plan amendments and other schedule amendments, answer questions and review options. | 0.5 | $350.00 | $175.00 |
| 5/9/2025 | Email to client, provide draft amended chapter 13 plan and checklist of needed items. | 0.2 | $350.00 | $70.00 |
| 5/9/2025 | Update schedules and plan based on meeting with client. | 0.2 | $350.00 | $70.00 |
| 5/12/2025 | Finalize amended schedules and statements, draft notice of amended schedules and certificate of service, file with court. | 0.5 | $350.00 | $175.00 |
| 5/12/2025 | Finalize amended chapter 13 plan, draft notice of amended plan and certificate of service, file with court. | 0.4 | $350.00 | $140.00 |
| 5/12/2025 | Prepare Amended Plan package for service. | 0.2 | $165.00 | $33.00 |
| 5/12/2025 | EXPENSE: Printing to serve amended plan package. | 540.0 | $0.19 | $102.60 |
| 5/12/2025 | EXPENSE: Postage to serve amended plan package. | 36.0 | $0.69 | $24.84 |
| 5/12/2025 | Email to client advise on case status. | 0.2 | $350.00 | $70.00 |
| 5/12/2025 | Review proofs of claim on file. | 0.3 | $350.00 | $105.00 |
| 5/30/2025 | Email to client, request supporting document. | 0.2 | $350.00 | $70.00 |
| 6/2/2025 | Review trustee objection to plan. | 0.1 | $350.00 | $35.00 |
| 6/2/2025 | Email to client, advise on trustee objection and obtain pay stubs. | 0.2 | $350.00 | $70.00 |
| 6/2/2025 | Upload pay stub to trustee FTP to demonstrate income. | 0.1 | $165.00 | $16.50 |

3                                        Bennell, Chaim                           Case:25-10799
                                      Billable Time Tracking                   Date opened: 1/21/2025

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/2/2025 | Read and review objection from FNBO | 0.3 | $350.00 | $105.00 |
| 6/2/2025 | Email to counsel for FNBO, discuss objection. | 0.3 | $350.00 | $105.00 |
| 6/4/2025 | Review and research the treatment of HOA claims. | 0.5 | $350.00 | $175.00 |
| 6/4/2025 | Reply to email of attorney for debtor's home owners association. | 0.2 | $350.00 | $70.00 |
| 6/11/2025 | Email to client, request status up date on plan payments. | 0.2 | $350.00 | $70.00 |
| 6/12/2025 | Review file and FNBO's objection. Draft email to attorney from FNBO for meet and confer requirement and try to resolve objection. | 0.4 | $350.00 | $140.00 |
| 6/13/2025 | Email exchange with attorney for FNBO, discuss case and answer questions. | 0.5 | $350.00 | $175.00 |
| 6/13/2025 | Email client, respond to email regarding eviction. | 0.3 | $350.00 | $105.00 |
| 6/13/2025 | Review and process Trustee's motion to dismiss, email client. | 0.2 | $350.00 | $70.00 |
| 6/13/2025 | Email to client, reply to client questions, request certain documents and advise on issues and resolution. | 0.4 | $350.00 | $140.00 |
| 6/16/2025 | Review and reply to client email regarding ongoing issues | 0.4 | $350.00 | $140.00 |
| 6/16/2025 | Email to attorney for FNBO, ask for resolution. | 0.2 | $350.00 | $70.00 |
| 6/16/2025 | Phone call with FNBO attorney, discuss status and case and resolution of objection. | 0.4 | $350.00 | $140.00 |
| 6/16/2025 | Phone call with attorney for chapter 13 trustee, discuss status of case and resolution of objection | 0.3 | $350.00 | $105.00 |
| 6/16/2025 | Email to client, provide update on proceedings. | 0.2 | $350.00 | $70.00 |
| 6/16/2025 | Reply to email from attorney for FNBO, acknowledge status update. | 0.1 | $350.00 | $35.00 |
| 6/16/2025 | Draft and file Confirmation Status Report. | 1.0 | $350.00 | $350.00 |
| 6/16/2025 | Phone call with client, discuss status of case and questions. | 0.7 | $350.00 | $245.00 |
| 6/18/2025 | Email to attorney for FNBO, request update on timeline. | 0.2 | $350.00 | $70.00 |
| 6/20/2025 | Note withdrawal of FNBO's objections, review file, draft and file Verification of Confirmable Plan. | 0.3 | $350.00 | $105.00 |
| 6/20/2025 | Email to client, provide status update. | 0.2 | $350.00 | $70.00 |
| 6/20/2025 | Process court order confirming plan, update file, events and calendars. | 0.1 | $350.00 | $35.00 |
| 6/20/2025 | Email to client, advise on confirmation of plan. | 0.4 | $350.00 | $140.00 |
| 6/29/2025 | Review CC'd email from client, no action needed. | 0.1 | $350.00 | $35.00 |
| 7/4/2025 | Review and proof billing entries, cross reference to correspondence, schedule and documents. | 0.8 | $350.00 | $280.00 |
| 7/4/2025 | Draft and file Long Form Chapter 13 Fee application. | 1.0 | $350.00 | $350.00 |
| | | | | |
| | | | | |
| | Attorney Fees Billed | $11,349.00 | | |
| | Costs Billed | $127.44 | | |
| | **Total Billed** | **$11,476.44** | | |
| | | | | |
| | Attorney Fees Paid | $3,000.00 | | |
| | Costs Paid | $0.00 | | |
| | **Total Paid** | **$3,000.00** | | |
| | | | | |
| | Attorney Fees Due | $8,349.00 | | |
| | Costs Due | $127.44 | | |
| | **Total Due.** | **$8,476.44** | | |
| | | | | |
| | Attorney: Matthew Berkus, $350/hr. | | | |

4

Bennell, Chaim

Billable Time Tracking

Case:25-10799

Date opened: 1/21/2025

| | Paralegal: $165/hr. | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |