| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Chaim / David / Benell (First / Middle / Last Name) | Case #: | 25-10799-MER |
| Debtor 2: (First / Middle / Last Name) | Chapter: | 13 |

## Local Bankruptcy Form 2016-3.2
## Notice of Chapter 13 Fee Application

### Part 1  Objection Deadline

Objection Deadline: **July 28, 2025**

### Part 2  Notice of Chapter 13 Fee Application

NOTICE IS HEREBY GIVEN that the undersigned attorney for the debtor has applied to this Court or is intending to file a Chapter 13 **Long Form** Form Fee Application requesting fees and expenses as follows:

Requested Fees: $11,349.00
Requested Expenses: $127.44
Previously Approved Fees/Expenses (if applicable): $0.00

A copy of the Chapter 13 **LongForm** Fee Application is attached, or is available on the Court's docket.

Pursuant to L.B.R. 2016-3, if you oppose or object to the application, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

If there is no objection, the Court may allow the fee as requested, order further supplementation or set the Chapter 13 Fee Application for hearing.

### Part 3  Signature of Debtor's Attorney

Dated: 7/5/2025

By: */s/Matthew Berkus*
Signature of Attorney

Bar Number: 44965
Mailing Address: 44 Cook Street. Ste. 100
Denver CO 80206
Telephone number: 720-545-0339
Facsimile number: 888-318-8868
E-mail address: ecf@mattberkus.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Chapter 13 Long Form Fee Application, Notice of Chapter 13 Fee Application, Narrative and Exhibits, and the Proposed Order Allowing Fees by placing the same in the United States Mail, first-class postage prepaid, this 7/5/2025, pursuant to the Federal Rules of Bankruptcy Procedure and Local Court Rules to the following:

| | |
|---|---|
| Chaim David Benell<br>500 Lashley Street<br>Unit 22<br>Longmont, CO 80504 | Ciro A. Mestres<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076 |
| Adam M Goodman<br>Chapter 13 Trustee<br>P.O. Box 1169<br>Denver, CO 80201 | Hal Kyles<br>1445 Market St.<br>Denver, CO 80202 |
| The Lashley Village Condominium Association<br>c/o Orten Cavanagh Holmes & Hunt<br>1445 Market Street Suite 350<br>Denver, CO 80202 | Steven T Mulligan<br>Coan, Payton & Payne, LLC<br>999 18th St.<br>Ste S3100<br>Denver, CO 80202 |
| USAA Federal Savings Bank<br>Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>13010 Morris Rd., Suite 450<br>Alpharetta, GA 30004 | Michael C. Payne<br>c/o Coan Payton & Payne<br>1711 61st Avenue<br>Suite 100<br>Greeley, CO 80634 |
| IRS Central Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Nationstar Mortgage, LLC<br>Bankruptcy Department<br>P.O. Box 619096<br>Dallas TX 75261-9741 |
| First National Bank of Omaha<br>c/o Michael C. Payne<br>Coan, Payton & Payne, LLC<br>1711 61st Avenue, Suite 100<br>Greeley, CO 80634 | |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294 | |

and the Notice of Application was served to those individuals and entities listed on the attached mailing matrix accessed on 7/5/2025.

*/s/ Matthew Berkus*