| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 25-10799-MER<br>District of Colorado<br>Denver<br>Sat Jul  5 16:08:10 MDT 2025 | Affirm Inc.<br>650 California St. Fl. 12<br>San Francisco, CA 94108-2716 | Aidvantage<br>1600 Tyson Blvd.<br>Greenville, TX 75403 |
| Aidvantage on behalf of<br>Dept of Education<br>PO Box 300001<br>Greenville Tx 75403-3001 | BROE Real Estate Group<br>1975 Research Pkwy<br>Colorado Springs, CO 80920-1025 | (p)BANKERS HEALTHCARE GROUP LLC<br>ATTN BANKRUPTCY DEPT<br>201 SOLAR STREET<br>SYRACUSE NY 13204-1425 |
| Chaim David Benell<br>500 Lashley Street<br>Unit 22<br>Longmont, CO 80504-1489 | Matthew Berkus<br>44 Cook St.<br>Ste., 100<br>Denver, CO 80206-5823 | Capital One Bank<br>P.O. Box 31293<br>Salt Lake City, UT 84131-0293 |
| Chase Bank<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | CitiCard<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Coan, Payton, and Payne<br>103 W. Mountain Ave.<br>Ste. 200<br>Fort Collins, CO 80524-2822 | Colorado Department of Revenue<br>1881 Pierce St.<br>Rm 104<br>Lakewood, CO 80214-1424 | ENT Credit Union<br>11550 ENT Pkwy<br>Colorado Springs, CO 80921-4275 |
| (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | First National Bank of Omaha<br>c/o Coan, Payton & Payne<br>Attn: Michael C. Payne<br>1711 61st Avenue, Ste. 100<br>Greeley, CO 80634-3046 | First National Bank of Omaha<br>c/o Michael C. Payne<br>Coan, Payton & Payne, LLC<br>1711 61st Avenue, Suite 100<br>Greeley, CO 80634-3046 |
| Good Funding, LLC<br>17602 17th Street<br>Ste. 102-113<br>Tustin, CA 92780-1961 | Adam M Goodman<br>Chapter 13 Trustee<br>P.O. Box 1169<br>Denver, CO 80201-1169 | IRS Central Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMCB Card Services<br>P.O. Box 15369<br>Wilmington, DE 19850-5369 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Hal Kyles<br>1445 Market St.<br>Denver, CO 80202-1731 | (p)MCCALLA RAYMER LEIBERT PIERCE  LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019-4620 |
| Steven T Mulligan<br>Coan, Payton & Payne, LLC<br>999 18th St.<br>Ste S3100<br>Denver, CO 80202-2499 | (p)NATIONAL FUNDING<br>ATTN ATTN ROBERT ZAHRADKA<br>9530 TOWNE CENTRE DR SUITE 120<br>SAN DIEGO CA 92121-1981 | National Funding, Inc<br>Robert Zahradka, Esq.<br>4380 La Jolla Village Drive<br>San Diego, CA 92122-1233 |

| | | |
|---|---|---|
| Onslow Bay Financial LLC<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Onslow Bay Financial LLC<br>Nationstar Mortgage LLC<br>Bankruptcy Department<br>PO Box 619096<br>Dallas TX 75261-9096 | PMI Flatirons<br>4770 Baseline Rd. Ste. 200<br>Boulder, CO 80303-2668 |
| PMI Flatirons Group<br>304 S. Jones Blvd. #1773<br>Las Vegas, NV 89107-2623 | Michael C. Payne<br>c/o Coan Payton & Payne<br>1711 61st Avenue<br>Suite 100<br>Greeley, CO 80634-3046 | Small Business Administration<br>409 3rd Street<br>5th Floor<br>Washington, DC 20416-0002 |
| Synchrony Bank<br>P.O. Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | The Lashley Village Condominium Association<br>c/o Orten Cavanagh Holmes & Hunt<br>1445 Market Street Suite 350<br>Denver, CO 80202-1719 |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | USAA Federal Savings Bank<br>Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>13010 Morris Rd., Suite 450<br>Alpharetta, GA 30004-2001 | USAA Savings Bank<br>P.O. Box 47504<br>San Antonio, TX 78265 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bankers Healthcare Group, LLC<br>201 Solar Street<br>Syracuse, NY 13204 | FNB Omaha<br>1620 Dodge St.<br>Omaha, NE 68197 | (d)First National Bank of Omaha<br>P.O. Box 3128<br>Omaha, NE 68103 |
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Ciro A. Mestres<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076 | National Funding Inc.<br>9530 Towne Center Dr.<br>Ste. 120<br>San Diego, CA 92121 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BHG Financial | (u)Onslow Bay Financial LLC | (u)Square |
| (d)The Lashley Village Condominium Associatio<br>c/o Orten Cavanagh Holmes & Hunt<br>1445 Market Street Suite 350<br>Denver, CO 80202-1719 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     4<br>Total                  45 | |