## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **In Re:**<br>**Chaim David Benell**<br><br>**Debtors.** | **Case No.: 25-10799-MER** |
| **USAA Federal Savings Bank**<br><br>**v.**<br><br>**Chaim David Benell, Debtor, and**<br>**Adam M Goodman, Trustee** | **Chapter (13)**<br><br>**Judge Michael E. Romero** |

### MOTION OF USAA FEDERAL SAVINGS BANK FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362(D)(1) AS IT RELATES TO THE PROEPRTY 2016 Chevrolet Colorado VIN 1GCPTDE12G1328118

Secured Creditor USAA Federal Savings Bank ("Movant"), through its counsel, ZBS Law, LLP, hereby moves (this "Motion") the Court for an order terminating the automatic stay under 11 U.S.C. §362(a) of the United States Bankruptcy Code,  and 11 U.S.C. §§101 et seq. (the "Bankruptcy Code"), as to Movant so that it may proceed under applicable non-bankruptcy law to enforce its rights and remedies against the property 2016 Chevrolet Colorado VIN 1GCPTDE12G1328118 (the "Property").

1. Movant is a secured creditor of Chaim David Benell (the "Debtor") .

2. The Debtor filed his Chapter 13 bankruptcy petition on February 17, 2025.

3. Adam M Goodman (the "Trustee") was appointed and is currently acting as the Chapter 13 Trustee in Debtor's bankruptcy case.

4. The Property that is the subject of this Motion is a 2016 Chevrolet Colorado VIN 1GCPTDE12G1328118 (the "Property").

5. As set forth in the affidavit attached hereto as **Exhibit "1"** pursuant to local rule 4002-2(c), the Debtors are not in the military service.

6. On or about May 25, 2022, the Debtor, Chaim D Bennell executed and delivered to USAA Federal Savings Bank ("Original Lender") that certain Note, Disclosure, and Security Agreement NONNEGOTIABLE PROMISSORY NOTE in the principal sum of $62,500.00 (the "Note").  A true and correct copy of the Note is attached hereto as **Exhibit "2"**.

1

7.  On or about June 10, 2022, Debtor executed an ADDENDUM TO NOTE, DISCLOSURE AND SECURITY AGREEMENT ("Addendum").  A true and correct copy of the Addendum is attached hereto as **Exhibit "3"**.

8.  On or about June 7, 2022, a Certificate of Title ("Title") was issued listing Debtor as the owner, and Movant as the lienholder. A true and correct copy of the Title is attached hereto as **Exhibit "4"**.  The property is more particularly described in **Exhibit "4"**.

9.  Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, titles, and security agreements in support of right to seek a lift of the automatic stay and foreclose, if necessary.

10. The loan is currently due for 6 post-petition as detailed below.  Attached hereto as **Exhibit "5"** is a copy of the Post-Petition Payment History for the loan.

Monthly payments:          6       at      $548.26                $          3,289.56

11.   After giving credit for all payments and just offsets, the Debtors owe Movant the following: unpaid principal balance in the amount of $21,811.85, plus accrued interest as of 9/5/2025 in the amount of $220.67, plus late fees in the amount of $54.82, , plus Movant's attorney fees in the amount of $549.00.  This is an approximation of the lien, and may not include other fees and charges that might otherwise be included in the event that a payoff is requested or provided.

12. In Debtors' bankruptcy schedules, the Debtor has indicated an estimated value of $25,119.63 for the Property.

13. The Debtor has little or no equity on the Property when the encumbrances, potential foreclosure fees and costs, and potential costs of resale are combined, as summarized below:

| **Name** | **Obligation** | **Amount** |
|---|---|---|
| Value of the Property | Manheim Market Report **Exhibit "6"** | $10,350.00 |
| Movant | 1st Deed of Trust | $22,087.34 |
|  |  |  |
| **Equity Deficit** |  | **-$11,737.34** |

14. Pursuant to 11 U.S.C. §362(d)(1) and (2), Movant requests that the Court terminate the automatic Stay provision of 11 U.S.C. §362(a) to allow it to exercise any and all of its

2

non-bankruptcy rights in and to the Property, including but not limited to, commencing or completing the non-judicial foreclosure of its lien on the property.

15. Section 362(d)(1) provides as follows:

> On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay –
>
>> (1) for cause, including the lack of adequate protection of an interest in property of such party in interest.

16. The Bankruptcy Code does not define "cause" within the meaning of the statute and must be determined on a case by case basis. See *in re Jewett*, 146 B.R. 250, 251 (9th Cir. BAP 1992) ("the question of whether cause exists for relief form the automatic stay must be determined on a case by case basis in the bankruptcy court's discretion."). However, 11 U.S.C. §362(d)(1) specifically identifies lack o adequate protection as "cause" for relief from the automatic stay. See *Sun Valley Ranches, Inc. v. Equitable Life Assurance Society of the United States (In re Sun Valley Ranches, Inc.)*, 823 F.2d 1373, 1375 (9th Cir. 1987).

17. The Debtor has failed to make post-petition mortgage payments as due pursuant to the terms of the Note and Addendum. Such a default constitutes a material default under 11 U.S.C. §1307 (c)(6) and is "for cause" grounds for relief from stay under 11 U.S.C. §362(d)(1). Each payment the Debtor failed to pay yields compound interest and an overall increase in the total debt owed to Movant.

18. An ongoing post-petition default in a debtor's payment of the regular mortgage payments can constituted sufficient cause for relief from the automatic stay. See *In re Binder*, 224 B.R. 483 (Bankr.D.Colo. 1998); *In re Ellis*, 60 B.R. 432 at 435 (9tn Cir. BAP 1985). In the instant case, Debtor has failed to pay post-petition payments as due. Movant is not adequately protected and relief from stay is warranted.

19. Pursuant to 11 U.S.C. §1307(c)(6), the Court may dismiss a Chapter 13 case for "material default by the debtor with respect to a term of a confirmed plan." Failure to make post-petition payments is a material default with respect to the terms of the confirmed plan in the instant case. Dismissing the entire bankruptcy case may not be in the best interest of all creditors. However, given that Debtor is not current on his obligation to Movant and any reorganization under the Chapter 13 Plan will not be an effective reorganization as to Movant, Movant should be granted relief from stay to pursue available state law remedies with respect to the Property.

20. 11 U.S.C. §362(d)(2) "instructs the Court to grant relief from stay if, (i) the Debtor does not have any equity in the property, and (ii) if such property is not necessary for an effective reorganization." *In re Gunnison Center Apartments*, 320 B.R. at 401. The Debtor has the burden of proving that the property is "necessary to an effective

3

reorganization." *Id.* at 402.  Even if the property is the sole asset of the Debtor, that alone is not sufficient to deny a motion for relief.  *Id.*

21. Based upon the Manheim Market Report value, it is clear the indebtedness owed by the Debtor to Movant is greater than the value of the Property.  Thus, neither the Debtor nor the bankruptcy estate have equity in the Property and 11 U.S.C. §362(d)(2)(i) has been satisfied.

WHEREFORE, for the foregoing reasons, Movant respectfully requests that the Court enter an Order terminating the automatic stay under 11 U.S.C. §362(a) of the Bankruptcy Code as to the Movant to allow it to proceed with its non-bankruptcy remedies against the Property, and provide Movant any further relief the Court deems just and appropriate.

Dated September 25, 2025        .                ZBS Law, LLP


                                                 By: **/s/ Kristin Zilberstein**
                                                 Kristin Zilberstein, Esq., CO Bar Number 56245
                                                 30 Corporate Park, Suite 450
                                                 Irvine, CA 92606
                                                 Tel: 714-848-7920
                                                 Fax:  714-848-7650
                                                 Email: bankruptcy@zbslaw.com
                                                 Attorneys for USAA Federal Savings Bank

Motion for Relief, Case No. 14-23897-EEB

**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| Debtor 1: | Chaim | David | Benell | Case #: | 25-10799-MER |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Debtor 2: | | | | Chapter: | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Local Bankruptcy Form 4001-1.1
## Notice of Motion for Relief from Stay and Opportunity for Hearing

~~Complete applicable sections.~~

| Part 1 | **Objection Deadline** |
|---|---|

Objection deadline: **October 15, 2025**.

| Part 2 | **Notice** |
|---|---|

NOTICE IS HEREBY GIVEN that a Motion for Relief from Stay has been filed, a copy of which is attached hereto.

A hearing on the Motion has been has been set for **October 22, 2025**, at **9:30 a.m.** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom **C**, Fifth Floor, Denver, Colorado 80202.  The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

If you desire to oppose the Motion, you must file with this court a written objection to the Motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below.

If you file an objection, you are required to comply with L.B.R. 4001-1 regarding hearing procedures, including (i) the timely submission and exchange of witness lists and exhibits and (ii) attendance at the above-scheduled hearing in person or through counsel, if represented.

If you fail to file an objection, the scheduled hearing will be vacated, and an order granting the relief requested may be granted without further notice to you.

| Part 3 | **Signature of Movant's Attorney or Movant (if unrepresented)** |
|---|---|

Dated: _____9/25/2025_____

By: /s/ Kristin A. Zilberstein_____
      Signature

Bar Number (if applicable): _56245_____
Mailing Address: 30 Corporate Park, Suite 450
Irvine, CA 92606
Telephone number: 714-848-7920_____
Facsimile number: 714-848-7650_____
E-mail address: bankruptcy@zbslaw.com_____

**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| Debtor 1: | Chaim | David | Bennell | Case #: | 25-10799-MER |
|-----------|-------|-------|---------|---------|--------------|
| | First Name | Middle Name | Last Name | | |

| Debtor 2: | | | | Chapter: | 13 |
|-----------|--|--|--|----------|----|
| | First Name | Middle Name | Last Name | | |

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

**Complete applicable sections and delete inapplicable sections.**

---

**Part 1**  **L.B.R. 9013-1 Certificate of Service of Motion, Notice, and Proposed Order**

---

I certify that on ___**September 25, 2025**___, I served a complete copy of **(1) NOTICE OF MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362(D)(1) AS IT RELATES TO THE PROEPRTY 2016 Chevrolet Colorado VIN 1GCPTDE12G1328118; (2) MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(D)(1) (C) AS IT RELATES TO THE PROPERTY 2016 Chevrolet Colorado VIN 1GCPTDE12G1328118; AND (3) [PROPOSED] ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

*Debtor, Chaim David Benell, 500 Lashley Street, Unit 22, Longmont, CO 80504*
*Attorney, Matthew Berkush, Via   CM/ECF*
*Trustee Adam M Goodman Via CM/ECF*

**[List each party served and the manner of service, e.g., "Attorney Jane Smith, 123 Main St., Denver, CO, 80202" or "Attorney John Smith, via CM/ECF"]**

---

**Part 2**  **L.B.R. 2002-1 Certificate of Service of Notice**

---

I certify that on _____ **[month/day/year]**, I served a complete copy of _____ **[document title, e.g. "Notice"]** on the following parties **[in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on _____ [month/day/year]** in accordance with 11 U.S.C. § 342(c) and Fed. R. Bankr. P. 2002.

**[List each party served and the manner of service or attach a copy of the Creditor Address Mailing Matrix]**

---

**Part 3**  **Signature**

---

Dated: ___September 25, 2025_____

By: _Katherine Kellams_____
     Signature
Bar Number (if applicable): _____
Mailing Address: __30 Corporate Park, Suite 450
                      Irvine, CA 92606_____
Telephone number: _714-848-7929_____
Facsimile number: _714-848-7650_____
E-mail address: _____

**Local Bankruptcy Form 4001-1.3**
**Order on Motion for Relief from Stay**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:

**Chaim David Benell**,

Debtor.

Bankruptcy Case No. **25-10799-MER**

Chapter **13**

**ORDER ON MOTION FOR RELIEF FROM STAY**

USAA Federal Savings Bank, (the "Movant") has filed herein a motion for relief from stay.

(1) ☒ to foreclose on and/or take possession and control of property described as follows: a 2016 Chevrolet Colorado VIN **1GCPTDE12G1328118 (the "Property")**.

(2) ☐ to proceed with the liquidation of claims involving the debtor or the debtor's estate pursuant to certain proceedings presently pending in:

_____
_____
_____ **[description]**.

(3) ☐ other:

_____
_____
_____ **[description]**.

The Court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and Movant is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, to proceed with the above described litigation (but not to seek to enforce any judgment Movant may obtain against the debtor personally or the debtor's post-petition property.)  If applicable, the chapter 13 trustee will make no more distributions on Movant's secured claim.

The Court further orders that the 14-day stay under F.R.B.P. 4001(a)(3) ☐ is/ ☐ is not waived.

DATED _____

BY THE COURT:

_____
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **In Re:** <br> **Chaim David Benell** <br><br> **Debtors.** | **Case No.: 25-10799-MER** <br><br> **Chapter (13)** |
| **USAA Federal Savings Bank** <br><br> **v.** <br><br> **Chaim David Benell, Debtor, and** <br> **Adam M Goodman, Trustee** | **Judge Michael E. Romero** |

### AFFIDAVIT OF ENRIQUE ALARCON REGARDING MILITARY SERVICE

I, Crystal Gonzalez, have personal knowledge of the matters set forth in this affidavit and, if called upon to testify, I could and would competently testify hereto.

1. I am a Bankruptcy Paralegal at the firm of ZBS Law, LLP and am primarily responsible for bankruptcy matters, including those related to USAA Federal Savings Bank, its successors and/or assigns.

2. On September 8, 2025, I received confirmation that there is not information in the Department of Defense data center that indicates Chaim David Benell is currently on active duty in any branch of the military. A true and correct copy of the confirmation is attached collectively hereto.

**DATED: 9/9/25**

/s/ Crystal Gonzalez

**Crystal Gonzalez**
**ZBS Law, LLP**

1

EXHIBIT 1

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Orange_

On _9/12/25_ before me, _Gloria Yolanda Ramirez_ (name and title of officer), personally appeared _Crystal Gonzalez_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that she/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_

```
GLORIA YOLANDA MUÑOZ
Notary Public - California
Orange County
Commission # 2378709
My Comm. Expires Oct 17, 2025
```

(Seal)

......................................................................................................................

Description of Attached Document: Status Report

Number of Pages: 18       Document Date: September 8, 2025

Capacity(ies) Claimed by Signer(s)

Signer's Name: Crystal Gonzalez

Signer is Representing: USAA Federal Savings Bank

2

EXHIBIT 1

Motion for Relief, 25-10799-MER



## Single Record Request

Use this page to request a Certificate verifying Active Duty Status for an individual on a specified date.

*Indicates a required field. Please note for a single record request, an SSN OR Birthdate is required. You may also enter BOTH an SSN and Birthdate.

| | | |
|---|---|---|
| *SSN | ********* | ❓ |
| *Repeat SSN | ********* | |
| *Birth Date | **/**/**** 🗓 | |
| | MM/DD/YYYY(e.g. 09/16/2012) | |

| | |
|---|---|
| *Last Name | BENNELL |
| First Name | CHAIM |
| Middle Name | D |
| Active Duty Status Date | 09/08/2025 🗓 ❓ |
| | MM/DD/YYYY (The default will be set to today's date) |

Clear  Submit

**Welcome to the Official**
**Servicemembers Civil**
**Relief Act (SCRA) Website**

[50 USC Appx. §3901 et seq. as amended]   The services provided on this site are FREE

Home   Single Record Request   Multiple Record Requests   User's Guide   FAQs   News   Contact Us   My Account

### Tips & Notes

- Without a Social Security Number, DMDC cannot authoritatively assert that this is the same individual that your query refers to. Name and date of birth alone do not uniquely identify an individual.
- Check your data entry before submitting it.
- Response may take up to 15 seconds after clicking "Submit".

### Resources

- Download Adobe Reader
- Unexpected Results?

Privacy Notice   No Fear Act Notice   USA.Gov   SCRA 4.0

This document was created solely by Quandis, Inc. using information submitted to SCRA. The information contained herein is for the exclusive and authorized use of the intended recipient.

EXHIBIT 1

7XPW78W8JHGYH4X   25012594-A

Department of Defense Manpower Data Center

Results as of : Sep-08-2025 01:36:14 PM EDT

SCRA 5.26



### Status Report
### Pursuant to Servicemembers Civil Relief Act

SSN:             XXX-XX-XXXX
Birth Date:      XXX-XX-XXXX
Last Name:       BENNELL
First Name:      CHAIM
Middle Name:     D
Status As Of:    Sep-08-2025
Certificate ID:  7XPW78W8JHGYH4X

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

EXHIBIT 1

25012594-A

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

EXHIBIT 1



This document was created solely by Quandis, Inc. using information
submitted to SCRA. The information contained herein is for the exclusive and
authorized use of the intended recipient.

EXHIBIT 1

W31Y79R78VYBV1B                                                                    25012594-A

Department of Defense Manpower Data Center

Results as of : Sep-08-2025 01:36:14 PM EDT

SCRA 5.26



### Status Report
### Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-XXXX |
| Birth Date: | XXX-XX-XXXX |
| Last Name: | BENELL |
| First Name: | CHAIM |
| Middle Name: | DAVID |
| Status As Of: | Sep-08-2025 |
| Certificate ID: | W31Y79R78VYBV1B |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

EXHIBIT 1

25012594-A

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

# EXHIBIT 1



This document was created solely by Quandis, Inc. using information submitted to SCRA. The information contained herein is for the exclusive and authorized use of the intended recipient.

EXHIBIT 1

8JYPGR3LTSBKVYS

25012594-A

Department of Defense Manpower Data Center

Results as of : Sep-08-2025 01:36:14 PM EDT

SCRA 5.26



### Status Report
### Pursuant to Servicemembers Civil Relief Act

SSN:              XXX-XX-XXXX
Birth Date:       XXX-XX-XXXX
Last Name:        BENNELL
First Name:       KHIAM
Middle Name:
Status As Of:     Sep-08-2025
Certificate ID:   8JYPGR3LTSBKVYS

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

EXHIBIT 1

25012594-A

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

# EXHIBIT 1



This document was created solely by Quandis, Inc. using information submitted to SCRA. The information contained herein is for the exclusive and authorized use of the intended recipient.

EXHIBIT 1

J4JF2GY0Q9HRVYM

25012594-A

Department of Defense Manpower Data Center

Results as of : Sep-08-2025 01:36:14 PM EDT

SCRA 5.26



### Status Report
### Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-XXXX |
| Birth Date: | XXX-XX-XXXX |
| Last Name: | BENNELL |
| First Name: | CHIAM |
| Middle Name: | D |
| Status As Of: | Sep-08-2025 |
| Certificate ID: | J4JF2GY0Q9HRVYM |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

EXHIBIT 1

25012594-A

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

# EXHIBIT 1



## Single Record Request

Use this page to request a Certificate verifying Active Duty Status for an individual on a specified date.

*Indicates a required field. Please note for a single record request, an SSN OR Birthdate is required. You may also enter BOTH an SSN and Birthdate.

| | | |
|---|---|---|
| *SSN | ********* | |
| *Repeat SSN | ********* | |
| *Birth Date | **/**/**** | |
| | MM/DD/YYYY(e.g. 09/16/2012) | |
| *Last Name | BENNELL | |
| First Name | CHAM | |
| Middle Name | | |
| Active Duty Status Date | 09/08/2025 | |
| | MM/DD/YYYY (The default will be set to today's date) | |

Clear   Submit

### Tips & Notes

- Without a Social Security Number, DMDC cannot authoritatively assert that this is the same individual that your query refers to. Name and date of birth alone do not uniquely identify an individual.
- Check your data entry before submitting it.
- Response may take up to 15 seconds after clicking "Submit".

### Resources

- Download Adobe Reader
- Unexpected Results?

---

Welcome to the Official
**Servicemembers Civil
Relief Act (SCRA) Website**

[50 USC Appx. §3901 et seq. as amended]   The services provided on this site are FREE

Home | Single Record Request | Multiple Record Requests | User's Guide | FAQs | News | Contact Us | My Account

Privacy Notice   No Fear Act Notice   USA Gov          SCRA 4.0

---

*This document was created solely by Quandis, Inc. using information submitted to SCRA. The information contained herein is for the exclusive and authorized use of the intended recipient.*

EXHIBIT 1

Q0VLF52MTPPVHT7                                                          25012594-A

Department of Defense Manpower Data Center

Results as of : Sep-08-2025 01:36:14 PM EDT

SCRA 5.26



**Status Report**
Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-XXXX |
| Birth Date: | XXX-XX-XXXX |
| Last Name: | BENNELL |
| First Name: | CHAM |
| Middle Name: | |
| Status As Of: | Sep-08-2025 |
| Certificate ID: | Q0VLF52MTPPVHT7 |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

EXHIBIT 1

25012594-A

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

# EXHIBIT 1

25012594-A



[50 USC Appx. §3901 et seq. as amended]     The services provided on this site are FREE

Welcome to the Official
**Servicemembers Civil
Relief Act (SCRA) Website**

Home | Single Record Request | Multiple Record Requests | User's Guide | FAQs | News | Contact Us | My Account

## Single Record Request

Use this page to request a Certificate verifying Active Duty Status for an individual on a specified date.

*Indicates a required field. Please note for a single record request, an SSN OR Birthdate is required. You may also enter BOTH an SSN and Birthdate.

| | |
|---|---|
| *SSN | ********* |
| *Repeat SSN | ********* |
| *Birth Date | |
| | MM/DD/YYYY(e.g. 09/16/2012) |
| *Last Name | BRENNELL |
| First Name | KHIAM |
| Middle Name | |
| Active Duty Status Date | 09/08/2025 |
| | MM/DD/YYYY (The default will be set to today's date) |

Clear   Submit

### Tips & Notes

- Without a Social Security Number, DMDC cannot authoritatively assert that this is the same individual that your query refers to. Name and date of birth alone do not uniquely identify an individual.
- Check your data entry before submitting it.
- Response may take up to 15 seconds after clicking "Submit".

### Resources

- Download Adobe Reader
- Unexpected Results?

Privacy Notice   No Fear Act Notice   USA.Gov                SCRA 4.0

*This document was created solely by Quandis, Inc. using information submitted to SCRA. The information contained herein is for the exclusive and authorized use of the intended recipient.*

EXHIBIT 1

9R1ZJP0CD758JP7                                              25012594-A

Department of Defense Manpower Data Center

Results as of : Sep-08-2025 01:36:14 PM EDT

SCRA 5.26



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:              XXX-XX-XXXX
Birth Date:
Last Name:      BRENNELL
First Name:     KHIAM
Middle Name:
Status As Of:   Sep-08-2025
Certificate ID: 9R1ZJP0CD758JP7

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

EXHIBIT 1

25012594-A

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

# EXHIBIT 1

Note, Disclosure, and Security Agreement
## NONNEGOTIABLE PROMISSORY NOTE

| **Lender** | **Borrower(s)** |
|---|---|
| USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antonio, TX 78288<br>⬛ | Chaim D Bennell<br>500 LASHLEY ST UNIT 22<br>LONGMONT CO 80504 - 1489 |

Loan Number: ⬛

Loan Date:  05/25/2022

Maturity Date:  To Be Determined

Loan Amount:  $62,500.00

Renewal of:  _____

### This is a Consumer Credit Transaction

**Truth-in-Lending Disclosures**

| **ANNUAL PERCENTAGE RATE** The cost of my credit as a yearly rate. 3.3421% | **FINANCE CHARGE** The dollar amount the credit will cost me. $6,697.39 "e" | **Amount Financed** The amount of credit provided to me or on my behalf. $62,500.00 "e" | **Total of Payments** The amount I will have paid when I have made all scheduled payments. $69,197.39 "e" |
|---|---|---|---|

**My Payment Schedule Will Be:**

| Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 71 | $961.04 "e" | MONTHLY DUE STARTING 07/15/2022 "e" |
| 1 | $963.55 "e" | FINAL PAYMENT DUE 06/15/2028 "e" |

**Prepayment.** If I pay off this note early, I will not have to pay a penalty.

☒ **Late Charge.** If a payment is late (more than 15 days after due) I will be charged a fee equal to 5% of the payment.

**Security.** I am giving a security interest in:

☒ The goods or property being purchased.

☐ (brief description of other property)

**Filing Fees.** $32.20 "e"

☐ **Required Deposit.** The annual percentage rate does not take into account my required deposit.

☒ **Assumption.** Someone buying the property securing this obligation cannot assume the remainder of the obligation on the original terms.

**Contract Documents.** I will see other sections of this Loan Agreement, including my Note and Security Agreement, for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties. Amounts labeled as an estimate are based on or calculated using the maximum approved amount and assume all payments are made and received as scheduled. Final payment amounts will vary based on payment history.

**"e" means an estimate.**

EXHIBIT 2

### Itemization of Amount Financed

| | | |
|---|---|---|
| Amount given to me directly | $ | _____ |
| Amount paid on my (loan) account | $ | _____ |
| | $ | _____ |
| Amount paid to others on my behalf (You may retain or receive a portion of these amounts.) | | |
| To Be Determined | $ | 62,500.00 "e" |
| | $ | _____ |
| | $ | _____ |
| | $ | _____ |
| | $ | _____ |
| | $ | _____ |
| | $ | _____ |
| (less) Prepaid Finance Charge(s) | $ | _____ |
| **Amount Financed** | $ | 62,500.00 |

### Promissory Note

**Definitions.** As used in this Loan Agreement, ☒ indicates terms that apply to this Loan Agreement. *Loan Agreement* refers to this Promissory Note, Security Agreement, and Truth in Lending Disclosures, and any extensions, renewals, modifications, and substitutions of this Loan Agreement. *Loan* refers to this transaction generally, including obligations and duties arising from the terms of all documents prepared or submitted for this transaction, such as applications, security agreements, disclosures, or notes, and this Loan Agreement. *Security Agreement* refers to the security agreement contained within this Loan Agreement. *Secured Debts* refers to all sums advanced by you under the terms of the Loan Agreement. The pronouns *I*, *me* and *my* refer to each Borrower signing this Loan Agreement, individually and together with their heirs, successors and assigns, and each other person or legal entity (including guarantors, endorsers, and sureties) who agrees to pay this Loan Agreement. *You* and *your* refer to the Lender and its successors and assigns. *USAA* refers to United Services Automobile Association and its insurance, banking, investment and other companies and includes you.

**Promise to Pay.** For value received, I promise to pay to you, or your order, at your address above, the principal sum of **$62,500.00**, plus interest from the date you fund my loan at the rate of **3.34%** per year until paid in full. Interest accrues on a daily basis. If I am married and living in a community property state, I agree this obligation is being incurred in the interest of my marriage or family. If you determine before funding the Loan that I made false representations, certifications, or statements to you in connection with my Loan application (for example, about myself, the purpose of the Loan, or what I am financing with the Loan), I agree that you are not required to fund the Loan and may not do so under these conditions. If this happens, I understand that no payments are required by the Loan Agreement unless you fund the Loan.
The purpose of this Loan is **PURCHASE AN AUTO**.

**Payment.** I will pay this Loan Agreement as follows:
☐ Interest due
   Principal due

☒ This Loan Agreement has **72** payments. Payments will be in the amount equal to the sum necessary to repay the principal amount of my Loan at the interest rate stated in this Loan Agreement over the number of payments in my Loan term. The first payment will be due **15-60** days from the date of the funding of my Loan, and subsequent payments will be due on the **SAME** day of each **MONTH** thereafter. The final payment shall consist of the entire unpaid principal, interest, and all other amounts due and owing under this Loan Agreement, to the extent they are accrued, owed, and unpaid.

Unless otherwise provided in the Other Terms section or by applicable law, each payment I make on this Loan Agreement will be applied first to unpaid fees or charges other than late charges, then to interest that is due, then to principal due, then to unpaid late charges, and finally to principal. No late charge will be assessed on any payment when the only delinquency is due to late fees assessed on earlier payments and the payment is otherwise a full payment. The actual amount of my final payment will depend on my payment record.

**Interest.** Interest will accrue on the unpaid principal balance until paid in full. For interest calculation purposes, the accrual method will determine the number of days in a year. The interest rate and other charges on this Loan Agreement will never exceed the highest rate or charge allowed by law for this Loan. If the amount collected is found to exceed the highest rate or charge allowed, you will refund an amount necessary to comply with the law either by a credit to my account or payment to me.

**Prepayment.** I may prepay this Loan Agreement in whole or in part at any time without penalty. Any partial prepayment of principal only will not excuse any later scheduled payments until I pay in full. You may allow prepayment(s) to pay ahead future



EXHIBIT 2

scheduled payments to the extent of the amount prepaid, and I understand that interest will continue to accrue on the unpaid principal balance during that period.

- ☒ **Returned Payment Fee.** I agree to pay a service charge of **$25.00** for each payment (check or automatic payment) returned unpaid.
- ☒ **Late Charge.** If a payment is late (more than 15 days after due) I will be charged and pay a fee equal to 5% of the payment.
- ☒ **Other Terms.**

  I agree that you are not required to fund this Loan unless I purchase a 2015 to 2020 model year motor vehicle. If I do not make such a purchase by July 09, 2022 or if I purchase a vehicle that is not a 2015 to 2020 model year motor vehicle, then you have the right to cancel this Loan, terminating your obligations under this Loan. I understand that if I do not purchase a 2015 to 2020 model year motor vehicle, then you may require me to execute a new loan with a different Annual Percentage Rate or other terms before financing my purchase.

**Required Account Information.** I agree to provide you with complete, current and valid information about myself promptly after you request it (including but not limited to information about my name, address(es), telephone number(s), date(s) of birth, Social Security number(s) or other government identification numbers). I agree to provide prompt notice to you when this information changes. I also agree to provide additional documents acceptable to you to verify this information and any changes.

**Warranties and Representations.** The Property has not been and will not be used for any purpose that would violate any laws or subject the Property to forfeiture or seizure. The amount shown in the Promise to Pay paragraph shown above or such lesser amount shown on the document(s) I sign or otherwise agree evidences the amount of credit you have provided or extended to me or on my behalf is the amount required to pay what I owe on the Loan secured by the Property plus reasonable per diem interest or such lesser amount as you have approved. The Property is not a commercial vehicle.

**Default.** I will be in default if any of the following occur to the extent enforceable by applicable law:

- ◆ I fail to make a payment when due.
- ◆ I fail to perform any condition or keep any promise of this or any agreement I have made with you related to this Loan Agreement.
- ◆ You, in good faith, believe that the prospect of payment or the prospect of my performance of any other of my obligations under this Loan Agreement is impaired.
- ◆ I make any false statement in connection with this Loan Agreement or my Loan Application.
- ◆ I breach any certification, warranty or representation I make in this Loan Agreement or any that I made in my Loan Application.

**Remedies.** After you give any legally required notice and opportunity to cure the default, and wait any time period required by applicable law, you may at your option do any one or more of the following:

- ◆ Elect not to fund the Loan if you determine, before funding, that I made false statements, certifications, warranties, or representations to you in connection with my Loan application.
- ◆ Make all or any part of the amount owing by the terms of this Loan Agreement due.
- ◆ Use any and all remedies you have under state or federal law, or in any instrument securing this Loan Agreement.
- ◆ Make a claim for any and all insurance benefits or refunds that may be available on my default.
- ◆ Set off any amount due and payable under the terms of this Loan Agreement against my right to receive money from you, unless prohibited by law.
- ◆ Make amounts advanced on my behalf due and add those amounts to the balance owing under the terms of this Loan Agreement.
- ◆ Require me to gather the Property and make it available to you in a reasonable fashion (unless prohibited by law); keep or dispose of the Property as provided by law; apply the proceeds to your expenses of collection and enforcement and then to the Secured Debts; and, unless prohibited by law, and following any required notice of deficiency, hold me liable for any deficiency if what you receive from the sale does not satisfy the Secured Debts.
- ◆ Keep the Property to satisfy the debt.

By choosing any one or more of these remedies you do not give up your right to use any other remedy. You do not waive a default if you choose not to use a remedy. By electing not to use any remedy, you do not waive your right to later consider the event a default and to use any remedies if the default continues or occurs again.



EXHIBIT 2

**Waivers.** To the extent not prohibited by law, I waive protest, presentment for payment, demand, notice of acceleration, notice of intent to accelerate, and notice of dishonor. You may renew or extend payments on this Loan Agreement, regardless of the number of such renewals or extensions. You may release any Borrower, endorser, guarantor, surety, accommodation maker, or any other cosigner. You may release, substitute, or impair any Property securing this Loan Agreement.

**Collection Expenses and Attorneys' Fees.** On or after Default, to the extent permitted by law, I agree to pay all reasonable expenses of collection, enforcement, or protection of your rights and remedies under this Loan Agreement. Expenses include, but are not limited to, inspection fees, repossession fees, storage fees (for storage of the Property or of personal items removed from the Property), attorneys' fees (if assessed by a court), court costs and other legal expenses. If I prevail in a lawsuit brought by or against you involving this Loan Agreement, I may be entitled, to the extent permitted or required by applicable law, to receive reimbursement for a reasonable amount of attorneys' fees I incurred in the lawsuit. To the extent permitted by the United States Bankruptcy Code, I agree to pay the reasonable attorneys' fees you incur to collect this debt as awarded by any court exercising jurisdiction under the Bankruptcy Code.

**Obligations Independent.** I understand that my obligation to pay this Loan is independent of the obligation of any other person who has also agreed to pay it. You may, without notice, release me or any of us, give up any right you may have against any of us, extend new credit to any of us, or renew or change this Loan Agreement one or more times and for any term, and I will still be obligated to pay this Loan. You may, without notice, fail to perfect your security interest in, impair, or release any security and I will still be obligated to pay this Loan.

**Privacy.** I agree that you may furnish, on a regular basis, credit and experience information regarding my Loan to others seeking such information to the extent permitted by law. This includes, without limitation, furnishing information about me and my Loan necessary to effect, administer, or enforce the terms of my Loan or my account. To the extent permitted by law, I agree that from time to time you may receive credit information about me from others, including other lenders and credit reporting agencies. To the extent permitted by law, I agree that you will not be liable for any claim arising from the use of information provided to you by others or for providing such information to others. You have furnished your privacy policy to me. This policy describes your information sharing practices and gives information on how I can inform you of my information sharing preference with other companies or organizations. I agree that if I have not exercised the opt out or limitation rights described in your privacy policy, you will be entitled to rely on that lack of exercise and share personal information as defined and described in your privacy policy.

**Phone Contact Authorization.** USAA may contact the telephone number(s) I provide USAA, regardless of when I provided the telephone number(s) to USAA. I expressly authorize USAA to contact me by text message (SMS), telephone call, automatic telephone dialing system, artificial or prerecorded voice, or other communication methods directed to my telephone number(s). I authorize USAA to use these communication methods to contact me with respect to any and all products or services I currently have with USAA, formerly had with USAA, or obtain from USAA in the future. I may not revoke either of the above authorizations without USAA's express written consent. USAA is not responsible for any charges I incur as a result of USAA contacting any telephone number(s) I provide USAA.

**Deferred Payments.** You and I may agree to defer one or more payments required by the terms of this Loan Agreement. If we do so, you may collect additional interest for the deferment period as provided by law.

**Notice of Information Furnishing.** I understand you may report information about my account to credit bureaus. I understand that late payments, missed payments, or other defaults on my account may be reflected in my credit report.

**Use of Credit Reports.** In connection with the creation of my account with USAA through this Loan, I permit you to obtain credit reports from any credit reporting agency or bureau for purposes of reviewing, updating, extending, modifying or taking collection action on such account. I also permit you to obtain additional credit reports in connection with your internal risk modeling and forecasting and any other account or portfolio risk assessments you may perform for your own purposes or for your regulators or investors.

**General Provisions.** This Loan Agreement is governed by the laws of Texas, the United States of America, and to the extent required, by the laws of the jurisdiction where the Property is located. You and I agree this Loan Agreement is subject to federal laws, regulations, case law, and regulatory opinions and interpretations governing interest, the exportation of interest, and preemption of state law. You and I also agree this Loan Agreement is underwritten, made, and accepted in the state of Texas. If two or more Borrowers sign this Loan Agreement, we are liable to repay jointly and severally. This Loan Agreement is the complete and final expression of our agreement. This Loan Agreement cannot be contradicted by evidence of any alleged oral agreement between you and me. Only terms in writing are enforceable. Oral promises or terms not contained in the Loan Agreement may not be enforced. No amendment of this Loan Agreement is effective unless: (1) made in writing and signed by me and you, or (2) I request that you amend this Loan Agreement and you confirm the amendment in a record sent to me and I do not object to the amendment within 10 days from the date of the confirmation, or (3) as provided elsewhere in this Loan Agreement. The duties and benefits of this Loan Agreement will bind and benefit my and your successors and assigns. If any provision of this Loan Agreement is unenforceable, then the unenforceable provision will be severed and the remaining provisions will be enforceable.

Unless otherwise required by law, any notice will be given by delivering it or mailing it by first class mail to my last known address. Notice to one party will be deemed to be notice to all parties. Where a notice is required, I agree that 10 days prior written notice will be reasonable notice to me under the Uniform Commercial Code or other applicable state law.

EXHIBIT 2

I agree to sign, deliver, and file any additional documents or certifications that you may consider necessary to perfect, continue, and preserve my obligations under this Loan and to confirm your lien status on any Property.

**Military Lending Act Disclosure.** If I am an active-duty servicemember or a dependent of an active-duty servicemember at the time this loan account is established, the following disclosure applies, unless the loan is for an exempt vehicle or personal property purchase loan or is otherwise not considered "consumer credit" under the Military Lending Act and its implementing regulations: Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account). Please call 1-888-871-7565 toll-free to hear the disclosure orally.

**Preservation of Consumer Claims and Defenses. If I am purchasing goods or services using proceeds of this loan from a seller, contractor, or other individual or entity that has a business arrangement with you, as defined in 16 CFR 433.1 (g), this important notice applies to this loan:**

**NOTICE**

**ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**State Specific Disclosures:**

**In Arizona:** My Liability for Failure to Return Vehicle: If I am in default, you may send me a notice of default. It is unlawful to fail to return a motor vehicle subject to a security interest within 30 days after receiving notice of default. A notice of default may be mailed to the address on the contract. It is my responsibility to keep the listed address current. Assuming I have no history of prior felony convictions, the maximum penalty for failure to return a motor vehicle subject to a security interest is 1 year in prison and a $150,000 fine.

I acknowledge an express intent to grant a security interest in the property and hereby waive and abandon all personal property exemptions granted upon the vehicle, which is the subject of this contract. NOTICE: BY GIVING YOU A SECURITY INTEREST IN THE PROPERTY, I WAIVE ALL RIGHTS PROVIDED BY LAW TO CLAIM SUCH PROPERTY EXEMPT FROM PROCESS.

**In Florida:** Florida documentary stamp tax required by law in the amount of **$0.00** has been paid or will be paid directly to the Department of Revenue. Certificate of Registration # 78-8016045127-1.

**In Colorado and Indiana:** If any scheduled payment on this loan is more than twice as large as the average of all other regularly scheduled payments on the loan, I have the right to refinance the amount of that payment at the time it is due at your prevailing rates for such type of loan if I meet your normal credit standards and provided you are, at that time, in the business of making such loans.

**In Iowa: IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS CONTRACT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS CONTRACT ONLY BY ANOTHER WRITTEN AGREEMENT.**

**In Louisiana:** Louisiana law permits repossession of motor vehicles without judicial process.

**In Maryland:** You and I agree that you have elected that this Loan Agreement be governed by Title 12, Subtitle 10 of the Commercial Law Article of the Maryland Code. You and I also agree that this election (1) is applicable only with respect to those aspects of this transaction not otherwise governed by the laws of Texas and/or the United States of America, and (2) in no way limits the provisions of this Loan Agreement governed by the laws of Texas and/or the United States of America, including those concerning interest, exportation of interest and preemption of state law.

**In Missouri: Oral agreements or commitments to loan money, extend credit or to forbear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable. To protect you (Debtor(s)) and us (creditor) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.**

**In New Jersey:** The section headings of this Loan Agreement are a table of contents and not contract terms. Portions of this Agreement that refer to actions to the extent of applicable law apply to acts or practices that New Jersey law permits or requires. In this Loan Agreement, acts or practices by you that are or may be permitted by "applicable law" are permitted by New Jersey law and that may or will be taken by you unless prohibited by "applicable law" are permitted by New Jersey law.

**In Texas and Utah: This written loan agreement represents the final agreement between the parties and may not be contradicted by evidence of prior, contemporaneous, or subsequent oral agreements of the parties. There are no unwritten oral agreements between the parties.**



EXHIBIT 2

**Security Agreement**

**Security.** To secure the obligations of this Loan Agreement, I give you a security interest in the Property described in the document(s) I sign or otherwise agree evidences the amount owed:

☒ the Seller of the Property I am purchasing with the proceeds of this Loan.

☐ the current creditor(s) having a security or other interest in the Property in which I am granting you a security interest.

**Generally.** *Property* means any collateral described in this Loan Agreement in which I have an interest, now or in the future, wherever the Property is or will be located, and all proceeds and products from the Property. Property includes all parts, accessories, repairs, replacements, improvements, and accessions to the Property, and evidence of title or ownership.

**Purchase Money Security Interest.** If this is a purchase money loan (the loan proceeds are used to purchase the collateral), the portion of the Property purchased with loan proceeds will remain subject to your purchase money security interest until the Secured Debts are paid in full. Payments on any non-purchase money loan also secured by this Security Agreement will not be applied to the purchase money loan. Payments on the purchase money loan will be applied first to the non-purchase money portion of the loan, if any, and then to the purchase money portion in the order in which the purchase money Property was acquired. If the purchase money Property was acquired at the same time, then payments will be applied in the order you select. No security interest will be terminated by application of this formula. This Security Agreement specifically contemplates that the Property may be identified and the security interest attach after the date of this Loan Agreement.

**Perfection of Security Interest.** I authorize you to file a financing statement or other required lien document (each, a "Lien Document") covering the Property. I also agree to take all necessary action to provide you with a perfected security interest in or lien on the Property and to comply with, facilitate, and otherwise assist you in connection with perfecting your security interest under the Uniform Commercial Code, certificate of title laws or other law applicable to obtaining a lien or security interest in the Property enforceable against others claiming an interest in the Property including without limitation completing any Lien Documentation. A copy of this security agreement may be used as a financing statement or otherwise as proof of the security interest granted to you when allowed by law.

**Duties Toward Property.** I will protect the Property and your interest against any competing claim. Except as otherwise provided in this Loan Agreement, I will keep the Property in my possession and located or registered at the address indicated in this Loan Agreement. I will keep the Property in good repair and use it only for personal, family, or household purposes. I will immediately inform you of any loss or damage to the Property. You have the right of reasonable access to inspect the Property. I will pay all taxes and assessments levied or assessed against me or the Property. I will not sell, lease, license, or otherwise transfer or encumber the Property without your prior written consent. You do not authorize any sale or other disposition of the Property. Any sale or disposition you do not authorize will violate your rights. I understand and agree that if the Property is sold, you will be paid any proceeds from such sale and will pay any surplus to me. I will provide you with any notices, documents, financial statements, reports, and other information relating to the Property I receive as the owner of the Property.

**Insurance.** I agree to buy and maintain insurance on the Property for the term of this Loan Agreement covering loss or damage to the Property in addition to any coverages required by applicable law. The insurance must cover your interest in the Property, and I will name you as loss payee on any such policy. I agree that insurance proceeds will be used to repair the Property, if applicable, or will be applied to reduce the balance due on my Loan. I agree that if the insurance proceeds do not cover the amount I still owe you, I will pay the difference. If I buy the required insurance (rather than furnishing it through existing policies I own or control), I will buy it from the company of my choice that is authorized to do business in the state where the Property is located and that is reasonably acceptable to you. I will keep the insurance in effect until all debts secured by this Loan Agreement are paid. I will furnish you with evidence of all required insurance coverage. In the event I fail to acquire or maintain insurance, you (after providing notice as may be required by law) may buy insurance to protect your interest in the Property and add the cost of insurance to the balance due on this Loan. At your option, you may adjust my payments under this Loan Agreement so that I pay the new principal balance at the applicable interest rate over the remaining term of my Loan.

**Authority to Perform.** I authorize you to do anything, except appear in a judicial proceeding, you deem reasonably necessary to protect the Property and your security interest in the Property. If I fail to perform any of my duties under this Loan Agreement, you are authorized, after providing me with any required notice and opportunity to perform, to perform the duties or cause them to be performed and add the costs of performance to the Secured Debts. These authorizations include, but are not limited to, permission to pay for the repair, maintenance, and preservation of the Property and taking any action to obtain or preserve the benefits and rights of the Property. Your authority to perform for me will not create an obligation to perform and your failure to perform will not preclude you from exercising any other rights under the law or this Security Agreement. If you come into actual or constructive possession of the Property, you will preserve and protect the Property to the extent required by law. I understand that you have the right to enter any property I own or rent to repossess Property and I consent to your entry onto my property to exercise your rights.

**Power of Attorney to Sign For Owner When Registering and/or Transferring Ownership of a Motor Vehicle.** When the property is a motor vehicle, I appoint you attorney-in-fact to sign my name to any Certificate of Title, other supporting papers, or any Lien Documentation covering the motor vehicle, in any manner necessary to register and/or transfer ownership of the motor vehicle; additionally I appoint you as attorney-in-fact to perform any other acts necessary to register, perfect your security interest in, or transfer title to the vehicle described as the Property in this Security Agreement or document made a part of it; or

---

EXHIBIT 2

to request and receive a certified title or other similar document for this vehicle. I agree that you will keep possession of the Certificate of Title, or other documentation demonstrating the lien issued pursuant to applicable state law.

**Modifications By Lender.** This Loan Agreement, any addendum, attachment or amendment to it, includes a specific description of the property pledged to secure payment of this Loan, the terms and conditions of the Loan, and the method and amounts of any disbursements of the Loan proceeds. If any element of these items is in error, you will notify me in writing of the error and the necessary amendment. I may confirm my agreement to the amendment in writing or by forwarding my payment to you.

### Patriot Act Notice

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT.** To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for me: When I open an account, you will ask for my name, address, date of birth, and other information that will allow you to identify me. You may also ask to see my driver's license or other identifying documents.

### Signatures

Each person signing this Loan Agreement ("Borrower") acknowledges Borrower is signing this Loan Agreement electronically just as if Borrower had physically signed, executed and delivered a paper document and provided it to Lender. Borrower acknowledges and agrees to the method of authentication selected by Lender and executes this Loan Agreement with the present intent to adopt and accept such method as the means of signifying Borrower's acceptance of and agreement to the terms of this Loan Agreement as if Borrower had affixed Borrower's physical signature to this Loan Agreement.

If Borrower or the Property is located in a state which requires a physically executed Loan Agreement for purposes of perfecting a security interest in the Property, any true and complete physical reproduction of the electronically or digitally executed contract such as a printed copy, shall be deemed as the same or legal equivalent of the duplicate of the original electronic agreement. A certified copy of the electronic contract will be provided to the recording or titling authority upon request.

**Cosigners. See separate Notice to Cosigner before signing.**

**NOTICE TO CONSUMER:**
- ◆  **DO NOT SIGN THIS PAPER BEFORE READING IT OR IF IT CONTAINS ANY BLANK SPACES.**
- ◆  **I AM ENTITLED TO AN EXACT COPY OF THIS PAPER AND ANY AGREEMENT I SIGN.**
- ◆  **I HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS AGREEMENT WITHOUT PENALTY AND I MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE IN ACCORDANCE WITH LAW.**

**CAUTION - IT IS IMPORTANT THAT I THOROUGHLY READ THE CONTRACT BEFORE I SIGN IT.**

Executed:  _May 25, 2022_____

Borrower:  _e-Signed /s/ Chaim Bennell █████████ 05/25/2022 17:21_____
CHAIM D BENNELL

Executed:  _____

Borrower:  _____



EXHIBIT 2



USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, Texas 78288-0544

# ADDENDUM TO NOTE, DISCLOSURE AND SECURITY AGREEMENT

**Action Required:** The enclosed Addendum with your final loan details requires your signature(s).

1.  Each borrower must sign the same Addendum where indicated below.

    **IMPORTANT:** The dealer must have this signed Addendum to complete the transfer of vehicle title/ownership and record USAA Federal Savings Bank as the lienholder.

2.  Keep a copy of the Addendum for your records.



EXHIBIT 3

Loan Number: ███████                    Loan Date:          June 10, 2022
Amount Financed: $35,707.59              Loan Maturity Date: June 15, 2028

Lender: <u>USAA Federal Savings Bank</u>

Chaim D Bennell
500 LASHLEY ST UNIT 22
LONGMONT CO 80504 - 1489

This addendum ("Addendum") amends, supplements and is made a part of that certain Note, Disclosure, and Security Agreement referenced by the loan number above (the "Agreement") between the borrower(s) named above ("Borrower" whether one or more) whose address(es) is/are listed above and USAA Federal Savings Bank, a federal savings bank, its successors and assigns (the "Lender") whose lien recording address is PO Box 25145, Lehigh Valley, PA 18002-5145 executed on the loan date above.

1.  Borrower hereby grants Lender a security interest in the following Property:

    Year:                          2016
    Make:                          Chevrolet
    Model:                         Colorado
    Vehicle Identification Number: 1GCPTDE12G1328118
    Odometer Miles:                20681

2.  Borrower agrees that (i) this Addendum is part of the Agreement, and (ii) the terms of the Agreement apply to and govern the Property and the grant of the security interest in the Property.

3.  Borrower agrees that the payment terms of the Note are modified as follows:
    - The principal amount to be repaid by Borrower is $35,707.59
    - The interest rate is 3.34%
    - The Annual Percentage Rate is 3.3430%
    - The Finance Charge is $3,768.73
    - The Total of Payments is $39,476.32
    - The regularly scheduled payment amount is $548.26
    - The last payment amount is $549.86
    - The number of regularly scheduled payments is 72
    - The first regular payment date is July 15, 2022
    - The last regular payment date is June 15, 2028

EXHIBIT 3

4. Borrower agrees that except for these changes, the Agreement is in full force and effect as written and executed by Borrower and that the Agreement is incorporated herein by reference as though fully set forth. Capitalized terms not defined in this Addendum shall have the definition assigned to them in the Agreement.

5. To the extent there is a conflict between the terms of this Addendum and the Agreement, the terms of this Addendum shall control.

6. Power of Attorney to Sign For Owner When Registering and/or Transferring Ownership of a Motor Vehicle. I am the owner of any motor vehicle described in this Addendum to Note, Disclosure, and Security Agreement, and I appoint the Lender (USAA Federal Savings Bank and its successors and assigns), attorney-in-fact to sign my name to any Certificate of Title or other supporting papers, covering the motor vehicle, in any manner necessary to register and/or transfer ownership of the motor vehicle; additionally I appoint the Lender as attorney-in-fact to perform any other acts necessary to register, perfect the Lender's security interest in, or transfer title to the vehicle described in this Addendum to Note, Disclosure, and Security Agreement; or to request and receive a certified title or other similar document for this vehicle.

**IF SIGNED BY FACSIMILE SIGNATURE –** I authorize Lender to accept a facsimile, scanned or other electronic reproduction ("facsimile signature") of my signature as my legally binding signature to the document of which it is a part. I further agree that each document I return to Lender with my facsimile signature is to be treated as the original document as if it had been returned with an actual original signature, and that documents with my original signature or any other copy or reproduction thereof will be treated as a copy rather than the original document.

NOTICE TO CONSUMER:
- DO NOT SIGN THIS PAPER BEFORE READING IT OR IF IT CONTAINS ANY BLANK SPACES.
- I AM ENTITLED TO AN EXACT COPY OF THIS PAPER AND ANY AGREEMENT I SIGN.
- I HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS AGREEMENT WITHOUT PENALTY AND I MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE IN ACCORDANCE WITH LAW.

CAUTION - IT IS IMPORTANT THAT I THOROUGHLY READ THE CONTRACT BEFORE I SIGN IT.

Borrower   Chaim D Bennell _____   Date _____

Borrower   _____   Date _____

EXHIBIT 3

DO NOT ACCEPT WITHOUT VERIFYING EAGLE WATERMARK IN PAPER.

## STATE OF COLORADO
## CERTIFICATE OF TITLE
### MOTOR VEHICLE

**TITLE NUMBER** ███████

**ODOMETER** 20681 A

**ODOMETER LEGEND:**
A - Actual Mileage
E - Exceeds mechanical limits
N - Not actual mileage: WARNING ODOMETER DISCREPANCY

**VIN**
1GCPTDE12G1328118

**YEAR** 2016

**MAKE** CHEV

**MODEL** COLORADO

**WEIGHT**
5500

**TITLE BRANDS**

**DATE PURCHASED**
07-Jun-2022

USAA FEDERAL SAVINGS BANK
PO BOX 25145
LEHIGH VALLEY PA 18002-5145

**DATE ACCEPTED**
03-Aug-2022

**DATE ISSUED**
03-Aug-2022

**ISSUED BY**
SAGUACHE

**OWNER**
CHAIM D BENNELL

**PREVIOUS TITLE NUMBER** ███████

**PREVIOUS TITLE STATE** NY

Pursuant to C.R.S 42-6-109(3) a person transferring ownership of a vehicle may voluntarily notify the Department of Revenue, Division of Motor Vehicles within five days of transfer of ownership at mydmv.colorado.gov. If property notified the person transferring ownership is not held liable to or subject to any civil or criminal action brought against the transferring owner or vehicle pursuant to C.R.S 42-6-109(3)(d).

**FIRST LIENHOLDER**
USAA FEDERAL SAVINGS BANK
PO BOX 25145 LEHIGH VALLEY PA 18002-5145

**RECEIVED**
01-Aug-2022

**EXTENSION**

**MATURITY**
01-Aug-2032

**LIEN AMOUNT**
35,707.59

Signature below certifies under penalty of perjury in the second degree the release of the first lienholder's interest in the vehicle

Lienholder's Name

Authorized Agent's Signature          Date

THE APPLICANT HAS BEEN DULY REGISTERED IN THIS OFFICE AS THE OWNER OF THE MOTOR VEHICLE DESCRIBED.
SUBJECT TO LIENS AND ENCUMBRANCES IN THE ORDER SHOWN

**COLORADO DEPARTMENT OF REVENUE**
Mark Ferrandino
Executive Director



KEEP IN SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

EXHIBIT 4

## Motion For Relief Information

| Account Number | ▮▮▮▮ |
|---|---|
| Chapter | 13 |

| Payoff Figures as of: 9/4/2025 | Total |
|---|---|
| Unpaid Principal Balance | $ 21,811.85 |
| Accrued Interest | $ 220.67 |
| Late Charges | $ 54.82 |
| Costs (attorney's fees, foreclosure fees, repossession fees, other) | |
| Advances (Property taxes, Insurance) | |
| Extensions Granted- | |
| | |
| | |
| | |
| | |
| | |
| | |
| Less suspense account or partial balance paid* | |
| *Includes all Pre-Petition and Post - Petition Suspense | |
| **TOTAL** | **$ 22,087.34** |

| | |
|---|---|
| Interest Rate: (Ex. 5.000%) | 0 |
| Per Diem: (Ex. $10.93) | n/a |

| MFR Dates/Amount | |
|---|---|
| Contractual Due Date *If Chapter 7/11 | n/a |
| Current Post Petition Due date as per Post Ledger *If Chapter 13 | 3/15/2025 |
| Contractual/ Post Petition Payment Amount due (P&I and Escrow) | $575.67 |

**Delinquent Contractual/Post Petition Payments***

*If Chapter 7/11 provide contractual; If Chapter 13 provide post-petition default only.

| Date Due | Amount Due (P&I and Escrow) | Principal | Fees | Number of Months | Total Due |
|---|---|---|---|---|---|
| 3/15/2025 | $ 548.26 | $ 492.38 | $ - | 1 | $ 548.26 |
| 4/15/2025 | $ 548.26 | $ 508.34 | | 1 | $ 548.26 |
| 5/15/2025 | $ 548.26 | $ 548.26 | | 1 | $ 548.26 |
| 6/15/2025 | $ 548.26 | $ 548.26 | | 1 | $ 548.26 |
| 7/15/2025 | $ 548.26 | $ 548.26 | | 1 | $ 548.26 |
| 8/15/2025 | $ 548.26 | $ 548.26 | | 1 | $ 548.26 |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |

USAA Classification: Restricted

EXHIBIT 5

## Manheim Market Report

August 27, 2025 US Edition

### 2016 CHEVROLET COLORADO 4WD 4C TDSL CREW CAB 2.8L Z71

1GCPTDE12**G**1328118

| Base MMR | MMR Adjustments | MMR Range |
|---|---|---|
| **$10,350** | Odometer | $9,375 - $11,300 |
| | -- | |
| Avg Odometer (mi) | Region | **Adjusted MMR** |
| **132,167** | -- | **$10,350** |
| Avg Condition | Condition Report | Estimated Retail Value |
| **3.0** | -- | Based on Cox Automotive Retail Transactions |
| | Color | **$16,450** |
| | -- | |
| | Build Options | |
| | **YES · -$30** | |

Numbers may not add exactly due to rounding
** AutoGrade™ or Manheim Express Grade

### ▾ Transactions   Showing 13 of 13

| Date ↓ | Price ↕ | Odo (mi) ↕ | Grade ↕ | Eng/T ↕ | Ext Color ↕ | Type ↕ | Region ↕ | Auction ↕ |
|---|---|---|---|---|---|---|---|---|
| 8/26/25 | $11,500 | 106,024 | 3.7 | 4DT/A | White | Regular | West Coast | Nevada |
| 8/25/25 | $12,600 | 113,129 | 3.8 | 4DT/A | Black | Regular | Southeast | North Carolina |
| 8/25/25 | $10,800 | 135,116 | 4.1 | 4DT/A | Black | Regular | Northeast | New Jersey |
| 8/21/25 | $8,600 | 134,477 | 2.3 | 4DT/A | Black | Lease | Northeast | Fredericksbu... |
| 8/21/25 | $12,400 | 155,230 | 3.3 | 4DT/A | Black | Regular | Southeast | Darlington |
| 8/21/25 | $12,000 | 98,130 | 2.5 | 4DT/A | Red | Regular | West Coast | Phoenix |
| 8/19/25 | $6,000 | 193,661 | 2.8 | 4DT/A | Silver | Regular | Midwest | St Louis |
| 8/14/25 | $8,900 | 103,197 | 1.3 | 4DT/A | Black | Regular | Northeast | New York |
| 8/13/25 | $8,600 | 156,088 | 2.7 | 4DT/A | Silver | Regular | Southeast | Lakeland |
| 8/12/25 | $10,800 | 139,232 | 2.4 | 4DT/A | Brown | Regular | Southeast | Pensacola |
| 8/1/25 | $12,000 | 87,947 | 2.1 | 4DT/A | Gray | Regular | Midwest | Cleveland |
| 7/31/25 | $12,750 | 144,634 | 3.6 | 4DT/A | Gray | Lease | West Coast | Phoenix |
| 7/28/25 | $12,300 | 151,300 | 4.0 | 4CY/A | Blue | Regular | Southeast | myCentralAu... |

Condition Reports from AutoGrade™ or Manheim Express Grade

### Historical Average

| Past 30 Days | 6 Months Ago | Last Year |
|---|---|---|
| **$10,700** | **$15,850** | **$12,950** |
| 132,167 mi | 107,824 mi | 129,731 mi |

### Projected Average

Next Month
**$10,250**

### Estimated Retail Value
Based on Cox Automotive Retail Transactions

**$16,450**
Typical Range
$14,350 - $18,500



## EXHIBIT 6