| **Fill in this information to identify your case** | | | | |
|---|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | | | |
| Debtor 1: | **Chaim** <br> First Name | **David** <br> Middle Name | **Benell** <br> Last Name | Case #: **25-10799-MER** |
| Debtor 2: | <br> First Name | <br> Middle Name | <br> Last Name | Chapter: 13 |

## Local Bankruptcy Form 4001-1.1
## Notice of Motion for Relief from Stay and Opportunity for Hearing

**Complete applicable sections.**

| Part 1 | **Objection Deadline** |
|---|---|

Objection deadline: **October 29, 2025**.

| Part 2 | **Notice** |
|---|---|

NOTICE IS HEREBY GIVEN that a Motion for Relief from Stay has been filed, a copy of which is attached hereto.

A hearing on the Motion has been set for **November 5, 2025,** at **9:30 a.m.** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom **C**, Fifth Floor, Denver, Colorado 80202.  The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

**Please use the following phone information for preliminary stay hearings:**

**Phone number 883-568-8864 meeting ID 161 090 8955**

If you desire to oppose the Motion, you must file with this court a written objection to the Motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below.

If you file an objection, you are required to comply with L.B.R. 4001-1 regarding hearing procedures, including (i) the timely submission and exchange of witness lists and exhibits and (ii) attendance at the above-scheduled hearing in person or through counsel, if represented.

 If you fail to file an objection, the scheduled hearing will be vacated, and an order granting the relief requested may be granted without further notice to you.

| Part 3 | **Signature of Movant's Attorney or Movant (if unrepresented)** |
|---|---|

Dated: 10/09/2025

By: */s/ Ciro A Mestres*
    Signature
Ciro A Mestres, GA BAR NO. 840253
Attorney for Movant
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, Georgia 30076
678-281-6516
Ciro.Mestres@mccalla.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**(DENVER)**

IN RE:                                                  Case Number: 25-10799-MER

Chaim David Benell
    Debtor

Nationstar Mortgage, LLC, as servicer for
Onslow Bay Financial LLC
    Movant

v.                                                       Chapter 13

Chaim David Benell, Debtor
Adam M Goodman, Trustee,
    Respondents

                                                         Judge: Michael E. Romero

---

**MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)**

---

**COMES NOW**, Nationstar Mortgage, LLC, as servicer for Onslow Bay Financial LLC ("Movant"), by and through its undersigned counsel, and for its Motion for Relief from Stay states as follows:

1.      The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, FRBP 4001(a) and various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the laws of the United States of America.

2.      The Debtor listed above (the "Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on February 17, 2025.

3.      Movant is the holder of a secured claim with an outstanding principal balance of $250,286.17. Said claim is secured by the property known as 500 Lashley St Unit 22, Longmont CO 80504 ('Property'). The Property is more particularly described in the Deed of Trust, a copy of which is attached hereto and is incorporated herein as **"Exhibit A"**.

4.      The above described Deed of Trust includes a promissory note dated February 25, 2021 made payable to United Wholesale Mortgage, LLC in the original principal sum of $260,000.00. The Allonge to the Promissory Note is endorsed in blank. Movant is in possession of the Promissory Note through its authorized agent or custodian. A copy of the above described note and allonge is attached hereto and incorporated herein as **"Exhibit B"**.

5.      The Mortgage has been assigned to the Movant pursuant to that certain assignment or assignments of deed of trust.  A copy of the Assignments is attached hereto and incorporated herein as **"Exhibit C"**.

6.      As of June 26, 2025, the unpaid principal balance is $238,703.93 and interest is due thereon in accordance with the Note.

7.      As of September 25, 2025, the payoff balance is $251,953.04.

8.      According to the Debtors' Schedule A/B, the value of the Property is $414,200.00.

9.      The post-petition payment address is: Nationstar Mortgage LLC, PO Box 619094, Dallas, TX 75261-9741.

10.     Upon information and belief, the Collateral has been claimed exempt by the Debtor in the amount of $0.00.

11.     Pursuant to the Debtor's Amended Chapter 13 Plan (Docket No. 29), the Debtor is to make all post-petition payments direct to Creditor.

12.     Movant is entitled to relief from the automatic stay under 11 U.S.C. § 362(d)(1) for cause, including Debtors' failure to provide adequate protection for the lien held by Movant due to their failure to make periodic payments to Movant. As of September 25, 2025, the Debtor is due for a total of seven (7) post-petition payments of $1,283.65 each (March 1, 2025 – September 1, 2025), including a post-petition suspense balance of $0.00, for a total arrearage of $8,985.55.

13.     In addition, reasonable attorneys' fees and court filing costs not to exceed $1,549.00 will be incurred for representation in this matter.

14.     Movant's security interest in the property is being significantly jeopardized by the Debtors' failure to make such payments while Movant is prohibited from pursuing lawful remedies to protect their security interest.

15.     A post-petition payment history is attached to this Motion as **"Exhibit D".**

17.     Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

**WHEREFORE**, Movant respectfully requests that the automatic stay be lifted so that Movant may be permitted to protect its security interest in the Property outside of the bankruptcy forum, and

(a) That pursuant to 11 U.S.C. § 362(e), in the event a hearing is necessary, that said hearing be held within 30 days; and

(b) That the Court waive the fourteen (14) day stay of the Order Granting Relief from Stay pursuant to Bankruptcy Rule 4001(a)(4), so that Movant can pursue its *in rem* remedies without further delay; and

(c) For such other and further relief as the Court may deem just and proper.

DATED: 10/09/2025                                              Respectfully Submitted,

                                                    */s/ Ciro A Mestres*

                                                    Ciro A Mestres, GA BAR NO.
                                                    Attorney for Movant
                                                    McCalla Raymer Leibert Pierce, LLP
                                                    1544 Old Alabama Road
                                                    Roswell, Georgia 30076
                                                    678-281-6516
                                                    Ciro.Mestres@mccalla.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**(DENVER)**

IN RE:                                                          Case Number: 25-10799-MER

Chaim David Benell
     Debtor

Nationstar Mortgage, LLC, as servicer for
Onslow Bay Financial LLC
     Movant

v.

Chaim David Benell, Debtor                          Chapter 13
Adam M Goodman, Trustee,
     Respondents


Judge: Michael E. Romero

---

**CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM STAY AND**
**NOTICE OF HEARING OR PRELIMINARY HEARING**

---

I HEREBY CERTIFY that a true and correct copy of the Movant's Motion for Relief

from Stay and Notice of Hearing or Preliminary Hearing were served by U.S. Mail, first-class

postage prepaid this 9th day of October, 2025 upon:

Chaim David Benell, Debtor
500 Lashley St Unit 22
Longmont CO 80504


And electronically to:

Matthew Berkus, Counsel for Debtor
ecf@mattberkus.com

Adam M Goodman, Chapter 13 Trustee
mail@ch13colorado.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov


DATED: 10/09/2025                    Respectfully Submitted,

                                        */s/ Ciro A Mestres*

                                        Ciro A Mestres, GA BAR NO.
                                        Attorney for Movant
                                        McCalla Raymer Leibert Pierce, LLP
                                        1544 Old Alabama Road
                                        Roswell, Georgia 30076
                                        678-281-6516
                                        Ciro.Mestres@mccalla.com