IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
(DENVER)

| | |
|---|---|
| IN RE: | Case Number: 25-10799-MER |
| Chaim David Benell<br>    Debtor | |
| Nationstar Mortgage, LLC, as servicer for<br>Onslow Bay Financial LLC<br>    Movant | |
| v. | |
| Chaim David Benell, Debtor<br>Adam M Goodman, Trustee,<br>    Respondents | Chapter 13 |
| | Judge: Michael E. Romero |

### ORDER ON MOTION FOR RELIEF FROM STAY

THIS CASE came before the Court pursuant to the Motion for Relief from the Automatic Stay filed by Nationstar Mortgage, LLC, as servicer for Onslow Bay Financial LLC ("Movant") and no appropriate response or objection having been filed, and based upon the record, it is

**ORDERED:**

1. Movant's Motion for Relief from Automatic Stay is granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to the real property located at 500 Lashley St Unit 22, Longmont CO 80504.

3. This Order lifting the automatic stay is entered for the sole purpose of allowing the Movant to pursue its lawful *in rem* remedies as to the above-described collateral and

the Movant shall neither seek, nor obtain, an *in personam* judgment against the Debtors.

4. All communications sent by Movant in connection with proceeding against the collateral including, but not limited to, notices required by state law and communications to offer and provide information with regard to any potential forbearance agreement, loan modification agreement, refinance agreement, loss mitigation agreement or other loan workout, may be sent directly to the Debtors.

5. Notices required by state law may be sent directly to the Debtors.

6. The Court, in its discretion, waives the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(4).

This _____ day of _____, 2025

BY THE COURT:

_____
Michael E. Romero
United States Bankruptcy Judge