## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO (DENVER)

| | |
|---|---|
| In re:<br><br>CHAIM DAVID BENELL,<br>          Debtor.<br><br>NATIONSTAR MORTGAGE, LLC AS SERVICER FOR ONSLOW BAY FINANCIAL LLC<br>          Movant.<br><br>CHAIM DAVID BENELL,<br>ADAM M. GOODMAN, TRUSTEE<br>          Respondents | CASE NO: 25-10799-MER<br><br><br>CHAPTER 13<br><br><br>JUDGE: MICHAEL E. ROMERO |

## UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING

Comes now, Nationstar Mortgage, LLC, as servicer for Onslow Bay Financial LLC ("Movant"), by and through its attorney, Ciro A Mestres, and respectfully request that the Preliminary Hearing on Movant's Motion for Relief from Stay ("Motion") and Debtor's Response thereto, currently scheduled for Wednesday, November 5, 2025 at 9:30 a.m. in Courtroom C be vacated and continued to Wednesday, December 3, 2025 at 9:30 a.m. in Courtroom C.

Movant and Debtor have conferred, through Counsel, and Debtor are working on a Stipulation that will resolve all contested matters without the need of a hearing before the Court. Undersigned counsel has conferred with Counsel for Debtor, Matthew Berkus, and this Motion is unopposed.

Wherefore, Movant respectfully requests the Court vacate the preliminary hearing on Movant's Motion for Relief and Debtor's Response and for such further relief as the Court sees fit.

Dated:    11/3/25    _____

Respectfully Submitted,

McCalla Raymer Leibert Pierce, LLC

/s/Ciro A Mestres
Ciro A Mestres, GA BAR NO.840253
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
Phone: 678-281-6516
Email: Ciro.Mestres@mccalla.com

**Certificate of Service**

I certify that on November 3, 2025, I served a complete copy of the Unopposed Motion to Continue Preliminary Hearing on the following parties in in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules via CM/ECF:

Matthew Berkus Counsel for Debtor
ecf@mattberkus.com

Adam M. Goodman, Chapter 13 Trustee
mail@ch13colorado.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

And the following by U.S. Mail, first -class postage prepared

Chaim David Benell, Debtor
500 Lashley St Unit 22
Longmont, CO 80504

Dated: November 3, 2025

/s/Ciro A Mestres
Ciro A Mestres, GA Bar No. 840253
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Rd
Roswell, GA 30076
Phone: 678-281-6516
Email: Ciro.Mestres@mccalla.com