UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

CHAIM DAVID BENELL

Debtor(s).

Case No. 25-10799-MER

Chapter 13

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW,** Matthew S. Berkus and Berkus Law Office, P.C., by and through Matthew S. Berkus (hereinafter "counsel"), counsel for Chaim David Bennell in the above-captioned chapter 13 bankruptcy, and hereby moves this Court for entry of an order allowing counsel to withdraw from representation in this matter pursuant to Local Rule 9010-4, and in support thereof represents to the Court as follows:

1. Undersigned counsel entered his appearance in the above-captioned case upon filing of the Detbor's chapter 13 petition on February 17, 2025.

2. Undersigned counsel wishes to withdraw from the representation of the Debtor. The Debtor communicated his desire to terminate counsel's representation on 11/24/2025 via email. Counsel also wishes to withdraw of his own accord as he is unable to continue representation under the circumstances.

3. The Court retains jurisdiction of this matter.

4. Debtor's last known contact information is:

    500 Lashley Street, Unit 22, Longmont, CO 80504
    Phone: 720-667-6838
    Email: cdbennell@gmail.com

5. The current procedural posture of the case and upcoming events are as follows:

    a. This Court confirmed the Debtor's amended chapter 13 plan on 6/20/2025.

    b. The chapter 13 trustee filed a motion to dismiss on 11/10/2025, citing a default in plan payments totaling $4,100.00. The response deadline for that motion is 11/26/2025. As of the filing of this Motion to Withdraw, the trustee's motion is pending and has not been withdrawn.

      c. Nationstar Mortgage, LLC filed a Motion for Relief from Stay on 10/9/2025, alleging a default of post-petition mortgage payments. This motion relates to the Debtor's primary residence and first mortgage. The motion seeks to remove the Debtor's primary residence from the protection of the bankruptcy *Automatic Stay* so that Nationstar may pursue remedies outside of bankruptcy, presumably, foreclosure.

          i. A preliminary hearing on the above motion is scheduled for Wednesday, December 3, 2025, at 9:30 a.m. MST.
          ii. To attend the hearing by telephone, dial 833-568-8864 and then enter the meeting ID when prompted, <u>161 090 8955</u>. Attendees should call in at least five(5) minutes prior to the hearing scheduled start time. Additional information on how to attend the hearing can be found here:
          https://www.cob.uscourts.gov/content/judge-michael-e-romero-mer
          iii. Nationstar has provided counsel with a stipulation to resolve the Motion for Relief from Stay. Counsel forwarded that stipulation to the Debtor on 11/19/2025, but the Debtor has not yet returned the document to counsel.

6. Debtor has the burden of keeping the Court informed of the mailing address where notices, pleadings, or other documents may be served.

7. Debtor has the obligation either to prepare personally for any hearing or trial in a contested matter or adversary proceeding or to hire another attorney to prepare for any future hearing or trial.

8. Debtor is responsible for complying with all Court orders and time limitations established by any applicable statute, rule, or the Rules.

9. If another attorney is not hired, Debtor has the obligation to decide whether to respond to any motion that may be filed in the case after the withdrawal of the attorney, to file a timely response, and to respond to any Court orders requiring the client to respond.

10. If Debtor fails or refuses to meet these burdens, the Debtor may suffer sanctions, including default or dismissal of the pending contested matter, adversary proceeding, or the client's bankruptcy case in some circumstances.

11. Debtor or other parties in interest have the right to object to the proposed withdrawal of the attorney by filing a written objection with the Court to the attorney's motion to withdraw within seven (7) days after filing of the notice.

///

In the absence of a timely, substantial objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated this 24th day of November, 2025.

Respectfully submitted,

*/s/ Matthew S. Berkus*

_____
Matthew Berkus, 44965
Berkus Law Office. P.C.
44 Cook Street, Ste. 100
Denver CO 80206
Telephone: 720-545-0339
Email: ecf@mattberkus.com
Attorney for Debtor