| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Chaim David Benell | Case #: | 25-10799-MER |
| First Name  Middle Name  Last Name | | |
| Debtor 2: _____ | Chapter: | 13 |
| First Name  Middle Name  Last Name | | |

## Local Bankruptcy Form 9013-1.1
## Notice of Motion/Application

**Complete applicable sections.**

### Part 1  Objection Deadline

Objection Deadline: **December 1, 2025**

### Part 2  Notice

NOTICE IS HEREBY GIVEN NOTICE that **Matthew Berkus and Berkus Law Office P.C.** (the "Movant") by and through attorney for Debtors **Matthew S. Berkus** has filed a motion/application, **Motion to Withdraw as Counsel** (the "Motion"), with the Court and requests the following relief:

Attorney Matthew S. Berkus is seeking a court order allowing him to withdraw as the attorney of record for the Debtors in the above-entitled case. If granted, you (the Debtors) will not be represented by an attorney in your bankruptcy and will become fully responsible for the case and the upcoming events as outlined in the Motion.

If you do not wish this Court to grant the Movant's Motion or if you oppose the Motion or object to the requested relief, your objection and request for hearing must be in writing and filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3  Signature of Movant's Attorney or Movant (if unrepresented)

Dated:   11/24/2025_____        By:  /s/ Matthew Beerkus_____
                                                  Signature

                                             Bar Number (if applicable):  44965
                                             Mailing Address:       44 Cook St. Ste. 100
                                                                    Denver CO 80206
                                             Telephone number:      720-545-0339
                                             Facsimile number:      888-318-8868
                                             E-mail address:        ecf@mattberkus.com

| **Fill in this information to identify your case** | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: | Chaim      David      Benell<br>First Name   Middle Name   Last Name | Case #: 25-10799-MER |
| Debtor 2: | <br>First Name   Middle Name   Last Name | Chapter: 13 |

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

**Complete applicable sections and delete inapplicable sections.**

**Part 1**  **L.B.R. 9013-1 Certificate of Service of Motion, Notice, and Proposed Order**

I certify that on **11/24/2025** I served a complete copy of **Motion to Withdraw as Counsel. Notice of Motion, and Proposed Order,** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules. Unless the manner of service is specified as *via CM/ECF,* then the party was served via United States mail, postage paid, to the address indicated.

| | |
|---|---|
| Chaim David Benell<br>500 Lashley Street<br>Unit 22<br>Longmont, CO 80504 (and via email)<br><br>Adam M Goodman<br>Chapter 13 Trustee<br>P.O. Box 1169<br>Denver, CO 80201<br><br>The Lashley Village Condominium Association<br>c/o Orten Cavanagh Holmes & Hunt<br>1445 Market Street Suite 350<br>Denver, CO 80202<br><br>USAA Federal Savings Bank<br>Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>13010 Morris Rd., Suite 450<br>Alpharetta, GA 30004<br><br>IRS Central Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>First National Bank of Omaha<br>c/o Michael C. Payne<br>Coan, Payton & Payne, LLC<br>1711 61st Avenue, Suite 100<br>Greeley, CO 80634 | Ciro A. Mestres<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076<br><br>Hal Kyles<br>1445 Market St.<br>Denver, CO 80202<br><br>Steven T Mulligan<br>Coan, Payton & Payne, LLC<br>999 18th St.<br>Ste S3100<br>Denver, CO 80202<br><br>Michael C. Payne<br>c/o Coan Payton & Payne<br>1711 61st Avenue<br>Suite 100<br>Greeley, CO 80634<br><br>Nationstar Mortgage, LLC<br>Bankruptcy Department<br>P.O. Box 619096<br>Dallas TX 75261-9741 |

| | |
|---|---|
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294 | |

**Part 2**  **L.B.R. 2002-1 Certificate of Service of Notice**

I certify that on _____ **[month/day/year]**, I served a complete copy of _____ **[document title, e.g. "Notice"]** on the following parties **[in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on _____ [month/day/year]** in accordance with 11 U.S.C. § 342(c) and Fed. R. Bankr. P. 2002.

__not applicable_____
_____
_____
**[List each party served and the manner of service or attach a copy of the Creditor Address Mailing Matrix]**

**Part 3**  **Signature**

Dated: __11/24/2024_____     By: __/s/ Matthew Berkus_____
                                         Signature

                              Bar Number (if applicable): 44965
                              Mailing Address:     44 Cook St. Ste. 100
                                                   Denver CO 80206
                              Telephone number:    720-545-0339
                              Facsimile number:    888-318-8868
                              E-mail address:      ecf@mattberkus.com