**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | |
| Chaim David Benell | Case No. 25-10799-MER |
| Debtor | Chapter 13 |

**DEBTOR(S) OBJECTION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

Comes now Chaim David Benell, Debtor (s) in the above-entitled case, by and through his attorney, Matthew Berkus, and files this objection to the Chapter 13 Trustee's (hereinafter "Movant") Motion to Dismiss for Failure to Make Plan Payments.

1. On November 11, 2025, Movant filed a Motion to Dismiss alleging the failure to make plan payments.

2. The Debtor admits the statements contained in the Movant's enumerated paragraphs 1 and 2.

3. Regarding the statements contained in Movant's paragraphs 3, 4, and 5 alleging a default in plan payments, the Debtor states as follows:

    a. First, the Debtor has decided to chart his own course in this case. Debtor and Debtor's Counsel have mutually agreed to terminate Counsel's services. A Motion to Withdraw as Attorney was filed on November 24, 2025. Furthermore, Counsel believes he can provide no further assistance to the Debtor, and the Debtor desires to move forward without Mr. Berkus.

        i. Wherefore, the Debtor requests that the Motion to Dismiss remain pending for a reasonable time to allow the Debtor to seek new Counsel and or begin to resolve the issues pro se in the interim.

    b. Second, some of the assumptions underlying the filing of this chapter 13 case have changed. At the time of filing this bankruptcy, Debtor, acting pro se, was in the process of evicting the temporary tenants from his primary residence.[1] That proceeding faced several legal challenges and setbacks and took several months. The tenants caused significant damage to the property (a townhome). The Debtor estimated the market value of the residence at the time the case was filed as $414,000.00. However, since the eviction and assessment of the damages, an appraisal obtained on 11/12/2025 from Gold Rush Appraisal places the current market value at $181,400.00.

---

[1] The debtor's primary employment is as a traveling nurse. During prolonged assginments, he would rent his primary residence to tenants.

1

    c. Third, the unforeseen, prolonged eviction mentioned above left the Debtor effectively homeless during the formative phase of this chapter 13 case. The Debtor had to secure housing, which impacted his expenses. That, in turn, affected his ability to make plan payments and otherwise comply with the terms of the confirmed chapter 13 plan. The eviction having finally been completed, the Debtor is in a better position to address the chapter 13 plan, but needs time.

    d. Lastly, the Debtor believes he has certain claims he can assert in an adversary proceeding against certain creditors in this case, First National Bank of Omaha and National Funding. The outcome of those claims would impact the terms of the chapter 13 plan.

4. Based on the foregoing, the Debtor prays for a reasonable amount of time to address the trustee's motion to dismiss and the opportunity to discuss directly with the trustee a timeline to resolve all issues.

WHEREFORE, the Debtor requests the following:

The Court stay the proceeding for a reasonable amount of time to allow the Debtor to obtain new Counsel and or the time address the above issues pro se.

Dated: November 26, 2025

By: /s/*Matthew Berkus*
*Counsel to Debtor(s)*
Matthew S. Berkus #44965
44 Cook St. Ste 100
Denver CO 80206
Phone: 720-545-0339
ecf@mattberkus.com

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Objection to Chapter 13 Trustee's Motion to Dismiss has been served by placing the same in the United States Mail, first-class postage pre-paid or via the District of Colorado ECF system, this November 26, 2025, to the following:

Chaim David Benell
920 Cedar Pine Drive, unit 05
Longmont CO 80504 (and via email)

Adam M Goodman
Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201

The Lashley Village Condominium Association
c/o Orten Cavanagh Holmes & Hunt
1445 Market Street Suite 350
Denver, CO 80202

USAA Federal Savings Bank
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
13010 Morris Rd., Suite 450
Alpharetta, GA 30004

IRS Central Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

First National Bank of Omaha
c/o Michael C. Payne
Coan, Payton & Payne, LLC
1711 61st Avenue, Suite 100
Greeley, CO 80634

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

Ciro A. Mestres
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

Hal Kyles
1445 Market St.
Denver, CO 80202

Steven T Mulligan
Coan, Payton & Payne, LLC
999 18th St.
Ste S3100
Denver, CO 80202

Michael C. Payne
c/o Coan Payton & Payne
1711 61st Avenue
Suite 100
Greeley, CO 80634

Nationstar Mortgage, LLC
Bankruptcy Department
P.O. Box 619096
Dallas TX 75261-9741

Kristin Zilberstein (Via ECF)
30 Corporate Park, Suite. 450
Irvine CA 92606

*/s/ Matthew Berkus*