## United States Bankruptcy Court
### District of Colorado

| | | |
|---|---|---|
| In re **Chaim David Benell** | Case No. | **25-10799-MER** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **December 2, 2025**, a copy of the Debtor's **Certificate of Non-Contested Matter and Proposed Order** was served electronically or by regular United States mail in accordance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules to all interested parties, the Trustee and all creditors listed below.

Chaim David Benell
500 Lashley Street
Unit 22
Longmont, CO 80504

Adam M Goodman
Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201

The Lashley Village Condominium Association
c/o Orten Cavanagh Holmes & Hunt
1445 Market Street Suite 350
Denver, CO 80202

USAA Federal Savings Bank
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
13010 Morris Rd., Suite 450
Alpharetta, GA 30004

IRS Central Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

First National Bank of Omaha
c/o Michael C. Payne
Coan, Payton & Payne, LLC
1711 61st Avenue, Suite 100
Greeley, CO 80634

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

Ciro A. Mestres
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

Hal Kyles
1445 Market St.
Denver, CO 80202

Steven T Mulligan
Coan, Payton & Payne, LLC
999 18th St.
Ste S3100
Denver, CO 80202

Michael C. Payne
c/o Coan Payton & Payne
1711 61st Avenue
Suite 100
Greeley, CO 80634

Nationstar Mortgage, LLC
Bankruptcy Department
P.O. Box 619096
Dallas TX 75261-9741

/s/ Matthew S. Berkus
**Matthew S. Berkus 44965**
**Berkus Law Office**
**44 Cook St.**
**Ste. 100**
**Denver, CO 80206**
**720-545-0339**
**ecf@mattberkus.com**