UNITED STATES BANKRUPTCY
COURT DISTRICT OF COLORADO (DENVER)

| | |
|---|---|
| In re:<br><br>CHAIM DAVID BENELL,<br>     Debtor.<br><br>NATIONSTAR MORTGAGE, LLC AS SERVICER FOR ONSLOW BAY FINANCIAL LLC<br>     Movant.<br><br>CHAIM DAVID BENELL,<br>ADAM M. GOODMAN, TRUSTEE<br>     Respondents | CASE NO: 25-10799-MER<br><br><br>CHAPTER 13<br><br><br>JUDGE: MICHAEL E. ROMERO |

**ORDER RE: UNOPPOSED MOTION TO CONTINUE HEARING**

THE COURT, having reviewed the Movant's Unopposed Motion to Continue Hearing and being fully advised in the premises,

HEREBY ORDERS that the Motion to Continue is GRANTED. The preliminary hearing on Movant's Motion for Relief and Debtor's Response currently scheduled for Wednesday, December 3, 2025 at 9:30 a.m. in Courtroom C is VACATED and CONTINUED to Wednesday, January 7, 2026 at 9:30 a.m. in Courtroom C; and

FURTHER ORDERS that the stay provided for under 11 U.S.C. 362(a) is continued in effect until the conclusion of the continued hearing set above unless otherwise ordered.

Dated:    12/2/25                          BY THE COURT:


                                                            United States Bankruptcy Judge