United States Bankruptcy Court
District of Colorado

In re:                                                                                                          Case No. 25-10799-MER
Chaim David Benell                                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1            User: admin            Page 1 of 2
Date Rcvd: Dec 02, 2025            Form ID: pdf904            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2025:**

**Recip ID**           **Recipient Name and Address**
db                  #+   Chaim David Benell, 500 Lashley Street, Unit 22, Longmont, CO 80504-1489

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2025           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2025 at the address(es) listed below:

**Name**           **Email Address**

Adam M Goodman
     mail@ch13colorado.com  trusteeCOB1Z@ecf.epiqsystems.com

Ciro A. Mestres
     on behalf of Creditor Nationstar Mortgage  LLC mccallaecf@ecf.courtdrive.com, mccallaecf@ecf.courtdrive.com

Ciro A. Mestres
     on behalf of Creditor Onslow Bay Financial LLC mccallaecf@ecf.courtdrive.com  mccallaecf@ecf.courtdrive.com

Hal Kyles
     on behalf of Creditor The Lashley Village Condominium Association hkyles@ochhoalaw.com  leland@ochhoalaw.com

Kristin A. Zilberstein
     on behalf of Creditor USAA Federal Savings Bank bankruptcy@zbslaw.com

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 02, 2025 | Form ID: pdf904 | Total Noticed: 1 |

kzilberstein@zbslaw.com;kzilberstein_534@ecf.courtdrive.com

Matthew Berkus
    on behalf of Debtor Chaim David Benell ecf@mattberkus.com

Michael C. Payne
    on behalf of Creditor First National Bank of Omaha mpayne@cp2law.com  mpayne@ecf.courtdrive.com,KMoore@cp2law.com

Steven T Mulligan
    on behalf of Creditor First National Bank of Omaha smulligan@cp2law.com smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY
COURTDISTRICT OF COLORADO (DENVER)

| | |
|---|---|
| In re:<br><br>CHAIM DAVID BENELL,<br>      Debtor.<br><br>NATIONSTAR MORTGAGE, LLC AS SERVICER FOR ONSLOW BAY FINANCIAL LLC<br>      Movant.<br><br>CHAIM DAVID BENELL,<br>ADAM M. GOODMAN, TRUSTEE<br>      Respondents | CASE NO: 25-10799-MER<br><br><br>CHAPTER 13<br><br><br>JUDGE: MICHAEL E. ROMERO |

**ORDER RE: UNOPPOSED MOTION TO CONTINUE HEARING**

      THE COURT, having reviewed the Movant's Unopposed Motion to Continue Hearing and being fully advised in the premises,

      HEREBY ORDERS that the Motion to Continue is GRANTED. The preliminary hearing on Movant's Motion for Relief and Debtor's Response currently scheduled for Wednesday, December 3, 2025 at 9:30 a.m. in Courtroom C is VACATED and CONTINUED to Wednesday, January 7, 2026 at 9:30 a.m. in Courtroom C; and

      FURTHER ORDERS that the stay provided for under 11 U.S.C. 362(a) is continued in effect until the conclusion of the continued hearing set above unless otherwise ordered.

Dated: _____12/2/25_____                  BY THE COURT:

                                                 United States Bankruptcy Judge