UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

CHAIM DAVID BENELL

Debtor.

Case No.  25-10799-MER

Chapter 13

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Upon Motion by Counsel to Withdraw from representing Debtor Chaim David Benell in this matter, and notification to all parties of interest;

IT IS HEREBY ORDERED that Berkus Law Office P.C. and its attorney Matthew S. Berkus may withdraw from representation of the Debtor in the above-captioned case and are hereby terminated from the case.

DATED this 8th day of   December  , 2025.

BY THE COURT:

The Honorable Miachael E. Romero
United States Bankruptcy Judge