**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

**In re: CHAIM BENNELL,**

**Debtor.**

**Case No.: 25-MER-10799 Chapter 13 Honorable Michael Romero**



**DEBTOR'S EMERGENCY STATUS REPORT AND MOTION FOR 72-HOUR EXTENSION OF TIME**

**COMES NOW**, the Debtor, **Chaim Bennell**, appearing *pro se*, and respectfully submits this Status Report and Emergency Motion. The Debtor requests a brief extension of seventy-two (72) hours to file critical evidentiary records. In support thereof, the Debtor states:

**I. STATUS UPDATE AND INTENT**

1. **Presence & Intent:** The Debtor is present, actively managing the Estate, and **INTENDS TO OPPOSE** any pending Motion to Dismiss.

2. **Agreement with Secured Creditor:** The Debtor has successfully conferred with Counsel for **Nationstar Mortgage**, who has agreed to continue their Motion for Relief from Stay until February 4, 2026. This demonstrates the viability of the Plan and the willingness of major secured creditors to allow the Debtor time to cure defects.

3. **Designation of Secure Address:** Due to the uninhabitable status of the Debtor's primary residence (Case No. 2025-9522), the Debtor designates the following secure address for service: **920 Cedar Pine Dr, Unit I-105, Longmont, CO 80504.**

**II. CAUSE FOR DELAY (FORCE MAJEURE & TECHNICAL FAILURE)** 4. **Displacement & Infrastructure:** The Debtor's recent delays were caused by cascading impediments amounting

to *Force Majeure*, including displacement in Pitkin and Montrose Counties, critical vehicle disrepair, and a total lack of telecommunications resources caused by the abrupt obstruction of income. 5. **Immediate Software Failure:** On January 12, 2026, while finalizing the forensic extraction of email evidence required to prove fraud claims against **FNBO** and **National Funding**, the Debtor's software environment suffered a critical file-system corruption error. 6. **Impact:** This technical failure has temporarily rendered the extracted exhibits inaccessible. The Debtor has identified the error and requires a brief window to safely re-run the extraction protocols without destroying the data.

**III. IMMINENT FILINGS & REQUEST FOR RELIEF** 7. **Critical Evidence:** The evidence currently being recovered supports the Debtor's imminent Adversarial Proceedings for "Turnover of Estate Property" (unpaid settlement funds and insurance proceeds) and claims of wrongful termination and fraud. 8. **Request for 72 Hours:** To prevent irreparable harm and allow for the submission of uncorrupted evidence, the Debtor requests a continuance of **72 hours**.

**WHEREFORE**, the Debtor respectfully requests that this Court update the service matrix to the address above and grant an extension of time until **Thursday, January 15, 2026**, for the Debtor to file substantive motions and evidentiary exhibits.

Respectfully submitted this **12th** day of January, 2026.

**Chaim Bennell, Debtor Pro Se** 920 Cedar Pine Dr, Unit I-105 Longmont, CO 80504 Phone: 720.667.6838